UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim.No.06-228(ESH) |
| RODERIC L. BOLING | : |
| Defendant | |

### APPEARANCE OF COUNSEL

Please enter my appearance of counsel for the defendant in the above captioned case.

> Thomas Abbenante
> 1919 Pennsylvania Avenue NW Suite 200
> Washington, DC 20006
> 202-223-6539
> FAX: 202-452-0067
> Email: **tabbenante@aol.com**