**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

|  |  |
|---|---|
| v. | Cr. No. 06-228-02 (ESH/JMF) |
|  | Cr. No. 06-228-03 (ESH/JMF) |

**RODERICK BOLING AND ANNA BOLING,**

      **Defendants.**

**MEMORANDUM ORDER**

Judge Huvelle has referred to me an investigation into whether these two defendants qualify for the appointment of counsel under the Criminal Justice Act.

The record in this case indicates that Magistrate Judge Kay provisionally appointed counsel and directed these two defendants to file financial affidavits. I have reviewed those affidavits and I am afraid that they raise more questions than they answer. Roderic Boling indicates that he earns $15,000 a month. Against that, he lists his debts and also refers to a pending bankruptcy petition in the Middle District of Florida. His ex-wife, Anna Boling, indicates that she owns a home worth $1,000,000 but also indicates the following: "Family Home-No Equity." In addition, she lists one of her debts as payments to a pre-school of $650 a month and also refers to a bankruptcy petition.

Perhaps I am just being a poor sport but I have a hard time describing someone who earns $180,000 a year, or owns a home valued at a million dollars, or has a child attending a pre-school that costs more per year than some state universities, as indigent.

I am afraid that in this case the financial affidavit form just does not meet my needs.

Accordingly, I am going to require that if these defendants continue to want to seek indigent

status, they must each file a statement of net worth, compiled in accordance with Generally

Accepted Accounting Principles.  Such statements must be filed no later than October 10, 2006.

The parties also should submit the petitions that were filed in the bankruptcy court in Florida.

Finally, each of these should be accompanied by a certification by the defendants that the

statements therein are true, under penalty of perjury.

      **SO ORDERED.**

_____
**JOHN M. FACCIOLA**
**UNITED STATES MAGISTRATE JUDGE**

**Dated:**