UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**NOV 2 1 2006**

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| JEFFREY S. MILLS, | : | U.S. DISTRICT COURT |
| RODERIC L. BOLING, AND | : | |
| ANNA BOLING | : | |
| | : | |
| Defendants | : | |
| | : | |

**O R D E R**

Having considered the Unopposed Motion of the United States to Extend the Deadline for

Making Documents Available to the Defendants for Ten Days,

IT IS HEREBY ORDERED THAT, the motion is GRANTED, and

IT IS FURTHER ORDERED THAT, the deadline for making documents available to the

defendants for inspection and copying is extended 10 days to December 8, 2006.

November 17 2006,

Honorable Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE