UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY S. MILLS, | : | |
| RODERIC L. BOLING, AND | : | |
| ANNA BOLING | : | |
| Defendants. | : | |

NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is now assigned to Assistant United States Attorneys Jonathan R. Barr and Tejpal S. Chawla. Tejpal S. Chawla can be contacted at telephone number (202) 353-2442, and/or email address Tejpal.Chawla@usdoj.gov. Tejpal S. Chawla will substitute for Assistant United States Attorney David C. Woll, Jr.. This is the notice of appearance for Assistant United States Attorney Tejpal S. Chawla in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Tejpal S. Chawla
ASSISTANT UNITED STATES ATTORNEY
Bar No. 464012
555 4th Street, N.W., Room 5840
Washington, DC 20530
(202) 353-2442

CERTIFICATE OF SERVICE

      I hereby CERTIFY that a copy of the foregoing notice has been sent by ECF filing to counsel for the defendants, Carlos J. Vanegas, Federal Public Defender, 625 Indiana Avenue, NW, Washington, D.C. (Anna Boling); Thomas Abbenante, 1919 Pennsylvania Avenue, NW, Suite 200, Washington, DC 20006 (Roderic Boling); and Joanne Roney Hepworth, 601 Pennsylvania Avenue, NW, Suite 900, Washington, DC 20004-2601 (Jeffrey S. Mills), and) this 22nd day of January, 2007.


_____/s/_____
Tejpal S. Chawla
ASSISTANT UNITED STATES ATTORNEY