IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,           )
                                    )
                                    )   Criminal Action No. 06 CR 0228
        v.                          )                        (ESH)
Jeffrey S. Mills, et al.            )
                                    )
        Defendant.                  )
                                    )

## ORDER

In this case, defendants ~~was~~ were initially detained/indicted on 7/27/06, The ~~and therefore, under~~ the Speedy Trial Act, 18 U.S.C. Section 3161, et seq., ~~defendant must~~ has been tolled until April 30, 2008. brought to trial on or before ~~, unless either side moves to exclude time pursuant to 18 U.S.C. Section 3161(h).~~

Upon consideration of the status hearing held on 1/24/07, it is

ORDERED that all motions, including any Federal Evidence Rule 404(b) Notice, shall be filed by no later than February 23; responses to the motions shall be filed by no later than March 16; and replies shall be filed by no later than _____; and it is

FURTHER ORDERED that a motion/status hearing is scheduled for April 10, at 2:00 p.m.; trial is scheduled for April 30 at 9:30 a.m. before the undersigned Judge; and it is

Any special voir dire will be filed by April 6.

**FURTHER ORDERED** that in the event that defense counsel files no motions, it is the government's burden to bring this to the attention of the courtroom deputy, or Judge Huvelle's chambers, so that further proceedings, including an alternate trial date, as appropriate, may be scheduled. *See United States v. Wright*, 6 F.3d 811, 815 (D.C. Cir. 1993).

DATE: 1/26/07

ELLEN SEGAL HUVELLE
United States District Judge