UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.                              CASE NO. 06-CR-0228

**RODERIC L. BOLING**

        **Defendant.**

_____

**DEFENDANT'S MOTION TO EXTEND TIME
FOR FILING CERTAIN PRETRIAL MOTIONS**

**COMES NOW** the defendant, **RODERIC L. BOLING,** by and through undersigned counsel, who respectfully moves this Court to extend the time for filing pretrial motions. As grounds, defendant submits the following information:

1. A nine count indictment in this case was returned against the defendants on July 26th, 2006.

2. On August 22nd, 2006, the defendants were arraigned by the Court and entered pleas of not guilty.

3. The Court has ordered…

> "…that all motions, including any Federal Evidence Rule 404(b) Notice, shall be filed by no later than February 23 [2007]; responses to the motions shall be filed by no later than March 16 [2007]; and replies shall be filed by no later than [ blank ]; and it is

  **FURTHER ORDERED** that a motion status hearing is scheduled for April 10 [2007] at 2:00 p.m.; trial is scheduled for April 30 [2007] at 9:30 a.m. before the undersigned Judge; and it is
  Any special voir dire will be held by April 6 [2007]."

  4. Counsel for the defendant, exercising due diligence, desiring to promote judicial efficiency, and duty bound to protect the rights of the defendant to effective assistance of counsel requests additional time to file certain pre-trial motions which may include:

  a). ***Motions in Limine*** concerning certain evidence that may become known to the defendants through discovery;

  b). Possible ***Motions to Dismiss;***

  5. As the Court is aware, this case is the product of the Government's <u>more than two year investigation</u> of the matters contained in the indictment and has already been designated as a "complex" case. Although this case has been pending for some time, because of counsel's involvement in the preparation a trial that began on January 7, 2007, counsel had not had the time to take a full look at all the discovery provided up to that point. Counsel has spent hours trying to get up to speed in this case. The Government's discovery is ongoing and thus far has comprised of thirty-six (36) compact

computer disks totaling 5.60 Gigabytes (6,014,278,592 bytes) of material, including some estimated 65,000 documents and images to be examined. Counsel was recently served with the government's notice of expert witnesses. The inculpatory or exculpatory weight of a majority of the discovery has not been fully analyzed by defense counsel. It also appears that some materials have been provided in a manner remaining inaccessible to defense counsel by virtue of corrupted and program resistant computer files, unrecognizable digital file images, and indiscernible audio cassette tapes. Counsel is trying to determine whether or not duplicates need to be provided. The Government recently provided an additional eight (8) compact computer disks totaling 3.16 GB (3,396,215,561 bytes) of material. Counsel is having difficulty accessing some of the information off of these discs.

6. The defendant is faced with the substantial discovery materials described earlier within this motion. In addition, counsel is exploring the possibility of calling expert witnesses on behalf of the defendant. Once materials are provided to the experts, additional motions may need to be filed.

**WHEREFORE** the foregoing premises considered, defendant prays that

this Honorable Court grant the instant motion of the defendant and allow an additional thirty (30) days within which to prepare and file their pretrial motions.

                    Respectfully submitted,

_____
Thomas Abbenante, Esq.
Attorney for Roderic L. Boling
1919 Pennsylvania Avenue NW
Suite 200
Washington D.C. 20006
202-223-6539