UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA          :

        v.                                          : Crim. No. 06– CR-228(ESH)

RODERIC L. BOLING                    :

        Defendant                            :


### MOTION FOR ISSUANCE OF SUBPOENAS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17 C WITH POINTS AND AUTHORITIES IN SUPPORT THEREOF

    Comes Now Defendant, Roderic l. Boling, by and through counsel, Thomas Abbenante, who moves for the issuance of subpoenas to a third party, Allen M Lieberman, Assistant Chief Litigation Counsel of the Securities and Exchange Commission. In support of this Motion, defendant avers as follows.

    1. Defendant is presently before the court charged in a multi-count indictment with conspiracy and federal fraud charges arising out of a joint investigation by the Securities and Exchange Commission(SEC) and other law enforcement agencies. During the course of this investigation it is clear that the government has benefitted from

information gathered by the SEC. Upon information and belief, defendant avers that the SEC produced documents, interview memoranda and other information regarding the substance of their investigative findings and the basis for the civil suit that has been filed in this court against the defendants in this case.

2. Mr. Boling now seeks the issuance of a subpoena duces tecum pursuant to Fed. R. Crim. P. 17 c as follows:

A. To Allen M. Lieberman, Esquire, Assistant Chief Litigation Counsel, Securities and Exchange Commission, for production of all notes, memoranda, electronic recordings or other materials prepared by or at the direction of SEC counsel with regard to the investigation of Roderic. L. Boling.

3. Obtaining this information is critical to Mr. Boling's defense and is not available to him through any other means.

**ARGUMENT**

Rule 17 c of the Federal Rules of Criminal Procedure governs the issuance of subpoenas duces tecum in federal criminal proceedings and provides that the Court " may direct that books, papers, documents or objects designated in the subpoena be produced before the court at a time prior to trial." The "chief innovation" of Rule 17 c was to expedite criminal proceedings, "by providing a time and place before trial for the inspection of subpoenaed materials." *Bowman Dairy co. v. United States, 3451 U.S. 214, 220 (1951).*

4. Mr. Boling's request is reasonable, it requests information that is material to the

defense and is not unduly oppressive for the party to respond to. *United States v. Nachamie,* 91 F.Supp. 2d 552, 563, (S.D.N.Y. 2000).

WHEREFORE, the foregoing premises considered, defendant prays that this Motion be granted.

Respectfully submitted,

Thomas Abbenante
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
202-223-6539