UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　v. 　　　　　　　　　　　　) Criminal No. 06-0228 (ESH)<br>　　　　　　　　　　　　　　　　)<br>RODERIC L. BOLING, 　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant. 　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | |

### ORDER

Defendant Roderic L. Boling's "Motion to Extend Time for Filing Certain Pretrial Motions" [# 35] is **GRANTED IN PART**; and it is hereby

**ORDERED** that defendant shall have until March 10, 2007, to prepare and file pretrial motions.

_/s/ Ellen S. Huvelle_
ELLEN SEGAL HUVELLE
United States District Judge

Date:　February 23, 2007