UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-228 (ESH) |
| v. | : | |
| JEFFREY S. MILLS, RODERIC L. BOLING, AND ANNA BOLING | : | **FILED** MAR 15 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| Defendants | : | |

**ORDER**

Having considered the Unopposed Motion by the United States for an Extension of Time to March 26, 2007 to Respond to Motions Filed by the Defendants,

IT IS HEREBY ORDERED THAT the Unopposed Motion by the United States for an Extension of Time to March 26, 2007 to Respond to Motions Filed by the Defendants be GRANTED, and that the United States has until March 26, 2007 to respond to the motions filed by the defendants.

March 14 2007,

_____
Honorable Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE