UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.: 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANNA BOLING | : | |
| RODERIC L. BOLING, and | : | |
| JEFFREY S. MILLS | : | |
| Defendants. | : | |

FILED

MAR 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

Upon consideration of the Unopposed Government Motion for Leave to File the Attached

Memorandum of Points and Authorities in Opposition to Defendant Roderic Boling's Motion for

Issuance of Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), on this _29_ Day

of March 2007,

IT IS HEREBY ORDERED, that the Government's Unopposed Motion is GRANTED,

and IT IS FURTHER ORDERED that the Government's Memorandum of Points and

Authorities in Opposition to Defendant Roderic Boling's Motion for Issuance of Subpoenas

Pursuant to Federal Rule of Criminal Procedure 17(c) be deemed filed.

The Honorable Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE

copies:

Jonathan Barr
Tejpal S. Chawla
Assistant United States Attorneys
Fraud and Public Corruption Section

For Anna Boling
Joanne Hepworth, Esq.