UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 06-228 (ESH) |
| v. | : |
| JEFFREY S. MILLS<br>RODERIC L. BOLING; AND<br>ANNA BOLING, | : |
| Defendants. | : |

**GOVERNMENT ADDENDUM TO MOTION *IN LIMINE* TO
INTRODUCE EVIDENCE OF RODERIC L. BOLING'S
PRIOR CONVICTIONS ON CROSS EXAMINATION**

Pursuant to this Court's Order, the United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby flies this addendum to amend its Motion *In Limine* to Introduce Evidence of Roderic L. Boling's Prior Convictions on Cross Examination to correct the summary of defendant Roderic Boling's prior criminal convictions.

**DEFENDANT RODERIC BOLING'S PRIOR CRIMINAL CONVICTIONS**

On February 23, 2007, pursuant to this Court's Order, the Government filed a motion to introduce prior convictions for impeachment purposes under FRE 609 with regard to Defendant Roderic Boling. As part of that motion the Government submitted a summary chart containing Defendant Roderic Boling's prior criminal convictions that was based upon information reported in electronic databases. The government noted in its filing that, "[o]nce the certified judgments of convictions are received, the government will resolve any erroneous, or incomplete entries and dates in these reports and the list of criminal convictions below." Government Motion at 2, and n.3. The government has now obtained Defendant Roderic Boling's numerous certified convictions from the State of Florida, copies which are attached at Tab 1. Based upon this

information, the Government seeks to amend and correct the summary of defendant Roderic Boling's prior criminal convictions contained in the previously filed Motion in *Limine*. The following table summarizes the information contained in the certified convictions (changes to convictions from the prior notice are in italics), and is submitted as an amendment and correction to the previously filed summary of Defendant Roderic Boling's criminal convictions:

|   | Charge on Conviction | Court | Case Number | Conviction or Probation Revocation Date (latest date) | Sentence |
|---|---|---|---|---|---|
| 1 | Grand Theft *Third Degree*- Motor Vehicle | Orange County, Florida | 90-08663 | 10/2/92 | 5 years |
| 2 | (1) Possession Stolen Driver's License; (2) Obstruction of Justice - Resisting Officer without Violence | *Seminole County, Florida* | 91-00265 | 11/5/92 | 5 years |
| 3 | Forgery | Seminole County, Florida | 90-01569 | 12/23/93 (prob. revoked) | 3 years |
| 4 | (1), (3), (4) Uttering-Forgery [x3]; (2) Grand Theft greater than $300 | Seminole County, Florida | 90-01571 | 12/23/93 (prob. revoked) | 5 years |
| 5 | Uttering Forgery | Orange County, Florida | 92-03990 | 3/17/94 | 3 years, 6 months |
| 6 | *Uttering Forgery* | *Orange County, Florida* | 92-11646 | 3/17/94 | *3 years, 6 months* |
| 7 | **Failure to Appear** | Leon County, Florida | 93-01573 | 3/8/95 | *3 years & 238 days* |

As previously stated, this Court should permit the United States to use of all of Roderic Boling's convictions for purposes of impeachment.

## CONCLUSION

The government hereby respectfully requests that it be permitted to introduce, on any cross-examination of Roderic Boling, evidence of the above listed prior criminal convictions.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    United States Attorney
                    for the District of Columbia

By:          /s/
                    TEJPAL S. CHAWLA
                    D.C. Bar No. 464012
                    Jonathan R. Barr
                    D.C. Bar No. 437334
                    Assistant U.S. Attorneys
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 353-2442 (Chawla)
                    (202) 514-9620 (Barr)

**CERTIFICATE OF SERVICE**

     I HEREBY certify that a copy of the foregoing Government Addendum to Motion in *Limine* to Introduce Evidence of Roderic L. Boling's Prior Convictions on Cross Examination was served via ECF to defense counsel for the following defendants on this 3rdth day of April, 2007:

For Anna Boling
Joanne Hepworth, Esq.

For Roderic Boling
Thomas A. Abbenate, Esq.

For Jeffrey A. Mills
Robert O. Switzer, Esq.
Soloman L. Wisenberg, Esq.

                                                         /s/
                                        TEJPAL S. CHAWLA
                                  Assistant United States Attorney