Defendant _Roderick Bell_ _-_ Case Number _CR06-86663_   ITS Number _200 3222_

## SENTENCE

### (As to Count _One_)

The defendant, being personally before this court, accompanied by the defendant's attorney of record, _B._ _Reddick_, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

(Check one if applicable.)

_✗_ and the Court having on _6-24-92_ (date) deferred imposition of sentence until this date.

_____ and the Court having previously entered a judgment in this case on _____ (date) now resentences the defendant.

_____ and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

### IT IS THE SENTENCE OF THE COURT THAT:

_____ The defendant pay a fine of $ _____ as the 5% surcharge required by section 960.25, Florida Statutes.

_✗_ The defendant is hereby committed to the custody of the Department of Corrections.

_____ The defendant is hereby committed to the custody of the Sheriff of _Orange_ County, Florida.

_____ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**TO BE IMPRISONED (CHECK ONE; UNMARKED SECTIONS ARE INAPPLICABLE.):**

_____ For a term of natural life.

_✗_ For a term of _5 yrs_ .

_____ Said SENTENCE SUSPENDED for a period of _____ this order.

**"split" sentence, complete the appropriate paragraph.**

_____ Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in the entered herein.

_____ However, after serving a period of _____ imprisonment in _____ , the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

**In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.**

It is further ordered that the sentence imposed for this count shall run _____
_____ Concurrent with (check one) the sentence set forth in count _____ above. _____ Consecutive to

_____ subject to conditions set forth in

FILED IN OPEN COURT
THIS _2_ DAY OF _Oct_ , 19 _92_
/Fran Carlton, Clerk
BY: _J. Behlmer_ /D.C.

32-33 (7-92)
CONSECUTIVE/
CONCURRENT

_____ pursuant to section 775.083, Florida Statutes, plus $ _____ , pursuant to section 958.04, Florida Statutes, plus $ _____

Defendant _Richard Hinkley_____ Case Number _CR-06-86605_

## SPECIAL PROVISIONS

(As to Count _One_ )

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**Firearm**

_____ It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Firearm (Police Officer Weapon)**

_____ It is further ordered that the 3-year minimum imprisonment provisions of section 775.0875, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

_____ It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance Within 1,000 Feet of School**

_____ It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender**

_____ The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Habitual Violent Felony Offender**

_____ The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement Protection Act**

_____ It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

_____ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

_____ It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

_____ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

## Other Provisions:

**Retention of Jurisdiction**

_____ The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

___X___ It is further ordered that the defendant shall be allowed a total of _223_ days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

_____ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

Defendant _____ Rodrick Koplin _____    Case Number _CR90-S663_

**Other Provisions, continued:**

**Consecutive/Concurrent As To Other Counts**

_____ It is further ordered that the sentence imposed for this count shall run (check one) _____ consecutive to _____ concurrent with the sentence set forth in count _____ of this case.

**Consecutive/Concurrent As To Other Convictions**

X It is further ordered that the composite term of all sentences imposed for the counts specified in this order, shall run (check one) _____ consecutive to X concurrent with the following: (check one)

_____ any active sentence being served.

X specific sentences: _CR 90-13210_

In the event the above sentence is to the Department of Corrections, the Sheriff of ____ORANGE____ County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this Judgment and sentence and any other documents specified by Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

In imposing the above sentence, the court further recommends _____

DONE AND ORDERED in open court at ____ORANGE____ County, Florida,

this ___2___ day of ___Oct___ 19_92_.

_____
Judge

STATE OF FLORIDA, COUNTY OF ORANGE
I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office

Dated 3-30-06
_____ Clerk Circuit Court
By _____ D.C.

☐ PROBATION VIOLATOR

FILED IN OPEN COURT

THIS ___1___ DAY OF _May_, 19 91

Fran Carlton, Clerk
By M. Elliott D.C.

STATE OF FLORIDA
-VS-

Roderick Lee Boling
Defendant

IN THE CIRCUIT COURT, NINTH JUDICIAL
CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA
CASE NO.   CR   90- 8663
DIVISION   15

377P498 Orange Co., FL.
05/10/91   11:41:05am

OR4286 PG1356

CRIMINAL COURT DIV 1

JUDGMENT

The Defendant,  Roderick Lee Boling , being personally before this Court
represented by  T. Turner , his attorney of record, and
Having :

☐ Been tried and found guilty of the following crime(s)
☐ Entered a plea of guilty to the following crime(s)
☑ Entered a plea of nolo contendere to the following crime(s)

☐ Check Applicable
Provision)

| COUNT | CRIME | OFFENSE STATUTE NO(S) | CRIME DEGREE |
|-------|-------|----------------------|--------------|
| 1 | Grand Theft Third Degree of Motor Vehicle. | 812.014 | F 3 |

AND no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the
Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

The Defendant is hereby ordered to pay three ($3.00) dollars as court cost pursuant to F.S. 943.25(4).
The Defendant is hereby ordered to pay two ($2.00) dollars pursuant to F.S. 943.25(8). (This provision
is optional; not applicable unless checked.)
The Defendant is ordered to pay a sum of twenty ($20.00) dollars pursuant to F.S. 960.20 (Crimes Compensation
Trust Fund.)
The Defendant is ordered to pay Two-hundred ($200.00) dollars pursuant to F.S. 27.3455.
The Defendant is further ordered to pay a fine in the sum of $_____ pursuant to F.S. 775.0835.
(This refers to optional fine for Crime Compensation Trust Fund; not applicable unless checked. Fines as part
of sentence recorded on sentence page.)
The Court hereby imposes additional court cost of $_____

Imposition of Sentence
Stayed and Withheld
(Check if Applicable)

Sentence Deferred
Until Later Date
(Check if Applicable)

☐ The Court hereby stays and withholds the imposition of sentence as to count(s) _____ and places the Defendant on probation or community control for a period of _____ under the supervision of the Department of Corrections/ Orange County Probation (conditions of probation/community control set forth in a separate order.)

☐ The Court hereby defers imposition of sentence until _____

**DONE AND ADJUDGED** in open Court at Orlando, Orange County, Florida this the _____ day of _____ , 19__, pursuant to Rule 3.670.

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

Fingerprints taken by: _____
Name and Title

**DONE AND ORDERED** in Open Court at Orlando, Orange County, Florida, this _____ day of _____ , 19__.I HEREBY CERTIFY that the above and foregoing fingerprints of the Defendant, Roderick Lee Boling are the fingerprints of the Defendant, and that they were placed thereon by said Defendant in my presence in Open Court this date.

_____ JUDGE
Page _____ of _____
STATE OF FLORIDA
COUNTY OF ORANGE

Page _____

FINGERPRINTS OF DEFENDANT

OR 4286 PG 1357

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

32-12 (9/89)

RECORDED & RECORD VERIFIED
Martha O. Haynie
County Comptroller, Orange Co., FL

1a

ST 11/04/92

# IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
## IN AND FOR SEMINOLE COUNTY, FLORIDA

____ RETRIAL

____ RESENTENCING

____ PROBATION VIOLATOR

____ COMMUNITY CONTROL VIOLATOR

CASE NO. ____ L91-0002 65CFA

REEL ____ BD-7

COURT REPORTER ____ C. Ward

STATE OF FLORIDA

VS.

RODERIC LEE      BOLING III

DEFENDANT

MINUTES, JUDGMENT AND SENTENCE

SEMINOLE CO. FLA.

BY ____

FILED IN OFFICE
MARYANNE MORSE
CLERK CIRCUIT COURT
1992 NOV -5 PM 4: 41

Court was open with the Honorable ____ JUDGE NEWMAN BROCK ____ presiding, and in attendance, Assistant

State Attorney _____ ; Clerk ____ M. KLINGHAN

The Defendant, ____ RODERIC LEE      BOLING III ____ , being personally before the Court represented by

_____ , his attorney of record and having:

( ) been tried and found guilty of the following crime(s)
( ) entered a plea of guilty to the following crime(s)   Count II
( ) entered a plea of nolo contendere to the following crime(s)  Count I

| Count | Crime/Statute Number(s) | Degree of Crime |
|---|---|---|
| 01 | POSS STOLEN D/L    322-212(1) | F 3 |
| 02 | RESIST W/O VIOLENCE    843-02 | M 1 |

( ) REVOKED PROBATION
( ) REVOKED COMMUNITY CONTROL
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
(✓) ADJUDICATED GUILTY; and no cause having been shown why the Defendant should not be adjudicated guilty,
      IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).
( ) ADJUDICATION WITHHELD; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD of the above crime(s).

DISTRIBUTION: White - Court File • Green - Sheriff • Yellow - State Attorney • Pink - Probation & Parole • Goldenrod - Defense Attorney
                         Dept. of Corrections (2)                 Sentencing Guidelines Commission

Page 1 of 5

Defendant: _____    Case No. _____

## ORDER OF PROBATION/COMMUNITY CONTROL

**COMMUNITY CONTROL:**

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ of Correction

( )  The Court hereby stays and withholds the imposition of sentence and conditions set forth in this order, and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ on Probation under the supervision of the Department of Correction _____ under the conditions set forth in this order.

**PROBATION:**

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order, and

( )  With same conditions set forth in this order.

( )  said Probation/Community Control to run concurrent/consecutive with _____

(X)  The Defendant is hereby ordered to pay the following costs: $200.00 pursuant to F.S. 960.20, $3.00 pursuant to F.S. 27.3455.

( )  The Court hereby imposes a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25, payable to the Clerk of the Circuit Court within _____

( )  The Court hereby assessed a lien of $ _____ for the services of the _____ Public Defender.

( )  The Defendant is hereby ordered to pay restitution in the amount of $ _____ to _____

( )  The Court appointed the Public Defender for appeal purposes.

**You are hereby placed** on notice that the Court may at any time rescind or modify any of the conditions of your probation/community control, or may extend the period of probation/community control as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation/community control you may be arrested and after providing you an opportunity to be heard, the Court may revoke your probation/community control, revoke your community control, and impose any sentence which it may have imposed before placing you on probation/community control or community control.

**DONE AND ORDERED** in Open Court at Sanford, Seminole County, Florida this _____ day of _____

_____
CIRCUIT JUDGE

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72 hours, report to the Department of Corrections, Probation and Parole Office, 101 E. First Street, 3rd Floor, Suite 300, Sanford, Florida, for further instructions.

DATE _____

_____
PROBATION/COMMUNITY CONTROLEE

Page 2 of 2

CR:0790.121

---

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA   2-27-07

BY _____   DEPUTY CLERK

DEFENDANT _Richie Kelley_    CASE NO. _91-265-CFA_

**SENTENCE**

(As to Count _I_)

The Defendant, being personally before this Court, accompanied by his attorney, _____, having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

( ) and the Court having on _____ deferred imposition of sentence until this date;

( ) and the Court, having previously entered a judgment on the defendant, now resentences the defendant;

( ) and the Court, having placed the Defendant on Probation/Community Control, and having subsequently revoked the Defendant's Probation/Community Control by separate order entered herein;

**IT IS THE SENTENCE OF THE LAW that:**

( ) The Defendant pay a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25.

( ) The Defendant is hereby committed to the custody of the Department of Corrections.

( ) The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( ) The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

**TO BE IMPRISONED (check only unmarked sections are inapplicable)**

( ) for a term of Natural Life.

( ) for a term of _____

( ) Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this Order.

( ) _____ Imprisonment in Department of Corrections, _____ of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL for a period of _____ under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

( ) Followed by a period of _____ on PROBATION/COMMUNITY CONTROL, under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

**SPECIAL PROVISIONS**

By appropriate notation, the following provisions apply to the sentence imposed in this section:

**RETENTION OF JURISDICTION**

( ) The Court retains jurisdiction over the defendant pursuant to Florida Statute 947.16(4).

**JAIL CREDIT**

( ) It is further ordered that the Defendant shall be allowed a total of _____ credit for such time as he has been incarcerated prior to imposition of this sentence.

**CREDIT FOR TIME SERVED**

( ) It is further ordered that the Defendant be allowed credit for all time previously served on this cou in the Department of Corrections prior to imposition of this sentence.

**CONSECUTIVE/ CONCURRENT**

( ) It is further ordered that the sentence imposed for this count shall run [ ] consecutive to [ ] concurrent with the sentence set forth in Count _____

Page _2_ of _5_

CR40790.021

M&M

DEFENDANT _Robert Philip_    CASE NO. _91-2625-CFA_

**SENTENCE**

(As to Count _II_ )

The Defendant, being personally before this Court, accompanied by his attorney, _R. Clemens_ and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

(  ) and the Court having on _____ deferred imposition of sentence until this date;

(  ) and the Court having previously entered a judgment on the defendant, now resentences the defendant;

(  ) and the Court having previously placed the Defendant on Probation/Community Control, and having subsequently revoked the Defendant's Probation/Community Control by separate order entered hereing.

IT IS THE SENTENCE OF THE LAW that:

(  ) The Defendant pay a fine of $_____.

(  ) The Defendant pay $_____, plus $_____, as the 5% surcharge required by F.S. 960.25.

(  ) The Defendant is hereby committed to the custody of the Department of Corrections.

(  ) The Defendant is sentenced to the custody of the Sheriff of Seminole County, Florida.

TO BE IMPRISONED (check one; unmarked sections are inapplicable)

(  ) For a term of Natural Life.

( ✓ ) For a term of _52 days_

(  ) Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this
Order.

(  ) However, after serving a period of _____ imprisonment in Department of Corrections,
the balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY
CONTROL for a period of _____ under the supervision of the Department of Corrections
according to the terms and conditions of Probation/Community Control set forth in this Order.

(  ) followed by a period of _____ on PROBATION/COMMUNITY CONTROL, under the
supervision of the Department of Corrections according to the terms and conditions of Probation/Community
Control set forth in this Order.

**SPECIAL PROVISIONS**

By appropriate notation, the following provisions apply to the sentence imposed in this section:

RETENTION OF        (  ) The Court retains jurisdiction over the defendant pursuant to Florida Statute 947.16(4).
JURISDICTION

JAIL CREDIT        ( ✓ ) It is further ordered that the Defendant shall be allowed a total of _52 days_
credit for such time as he has been incarcerated prior to imposition of this sentence.

CREDIT FOR        (  ) It is further ordered that the Defendant be allowed credit for all time previously served on this sentence
TIME SERVED        in the Department of Corrections prior to resentencing.

CONSECUTIVE/        (  ) It is further ordered that the sentence imposed for this count shall run  (  ) consecutive to
CONCURRENT        (  ) concurrent with the sentence set forth in Court _____.

Page _4_ of _5_

CR.607PV.021

M&M





DEFENDANT _____    CASE NO. _____

# FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by: _____

Name and Title _____

I HEREBY CERTIFY that the above and foregoing fingerprints are the
fingerprints of the Defendant, _____, and
that they were placed thereon by said Defendant in my presence in Open
Court this date.

Date: _____

_____
CIRCUIT JUDGE

CRSO790.021

PAGE ___ OF ___

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA 2.2.07

BY _____ DEPUTY CLERK

10

ST 11/04/92

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO.                    L90-001569CFA

( ) RETRIAL
( ) RESENTENCING                                    REEL_____  80 # Cuakody
( ) PROBATION VIOLATOR                              LOG#_____
( ) COMMUNITY CONTROL VIOLATOR        COURT REPORTER_____

                                      MINUTES, JUDGMENT AND SENTENCE

STATE OF FLORIDA
VS.                                   BY_____
RODERIC LEE        BOLING            SEMINOLE CO. FLA., D.C.
DEFENDANT

                                     1992 NOV -5 PM 4: 12
                                     FILED IN OFFICE
                                     HARYANNE MORSE
                                     CLERK CIRCUIT COURT

Court was opened with the Honorable _____ JUDGE NEWMAN BROCK _____ presiding; and

State Attorney _____; Court Clerk _____ M. KLINGMAN _____ , being personally before the Court represented by

The Defendant, _____ RODERIC LEE        BOLING _____ ; No attorney of record and having:

( ) Been tried and found guilty of the following crime(s)
( ) Entered a plea of guilty to the following crime(s)
(x) Entered a plea of nolo contendere to the following crime(s)

Court                          Crime/Statute Number(s)         Degree of Crime

█     FORGERY                  831.01            4/11/91        F 3

( ) REVOKED PROBATION
( ) REVOKED COMMUNITY CONTROL
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
(✓) ADJUDICATED GUILTY: and no cause having been shown why the Defendant should not be adjudicated guilty,
    IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).
( ) ADJUDICATION WITHHELD: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD of the above crime(s).

DISTRIBUTION: White - Court File · Green - Sheriff · Yellow - State Attorney · Pink - Probation & Parole · Goldenrod - Defense Attorney
              _____ Dept. of Corrections (2)   _____ Sentencing Guidelines Commission

Page 1 of 5

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA
BY _____
DEPUTY CLERK

Defendant _____    Case No. 90-1529-CFA

**ORDER OF PROBATION/COMMUNITY CONTROL**

**COMMUNITY CONTROL:**

( ) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) Followed by a period of _____ on Probation under the supervision of the Department of Corrections according to the terms and conditions set forth in this order.

( ) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) Followed by a period of _____ on Probation under the supervision of the Department of Corrections according to the conditions set forth in this order.

**PROBATION:**

(✓) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) With same conditions set forth in previous order.

Said probation/community control to run concurrent/consecutive with _____ Case 91-265-CFA

(✓) The Defendant was advised of his right to appeal from this judgment by filing notice of appeal with the Clerk of the Circuit Court within 30 days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

( ) The Court appointed the Public Defender for appeal purposes.

( ) The Defendant is hereby ordered to pay the following costs: $200.00 pursuant to F.S. 27.3455, $20.00 pursuant to F.S. 960.20, $3.00 and $2.00 pursuant to F.S. 943.25.   (✓) the Court waived statutory costs.

( ) The Court hereby imposes a fine of $_____ plus the 5% surcharge required by F.S. 960.25, payable to the Clerk of the Circuit Court within _____.

( ) The Court hereby assessed a lien of $_____ as the 5% surcharge required by F.S. 960.25.

( ) The Defendant is hereby ordered to pay restitution in the amount of $_____ for the services of the _____ Public Defender.

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation/community control, or may extend the period of probation/community control as authorized by law, or may discharge you from further probation/community control. And that if you violate any of the conditions of your probation/community control, you may be arrested and after providing you an opportunity to be heard, the Court may revoke your probation/community control, adjudge you guilty and impose any sentence which it may have imposed before placing you on probation/community control.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this _____ day of _____ 19___.

_____
CIRCUIT JUDGE

_____
PROBATION/COMMUNITY CONTROL OFFICER

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72 hours, report to the Department of Corrections, Probation and Parole Office, 101 E. First Street, 3rd floor, Suite 300, Sanford, Florida, for further instructions.

DATE _____

Page ___ of ___

CRCO790.021

H&M

DEFENDANT _Roderick Boling_   CASE NO. _____

It is further ordered that the Defendant comply with the following STANDARD CONDITIONS AND SANCTIONS OF COMMUNITY CONTROL/PROBATION:

(1) Not later than the fifth day of each month, you will make a full and truthful report to your Community Control/Probation Officer on the form provided for that purpose.

(2) You will pay the State of Florida $_____ dollars per month toward the cost of your supervision, unless otherwise waived in compliance with Florida statutes.

(3) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Community Control/Probation Officer.

(4) You will neither possess, carry, or own any weapons or firearms.

(5) You will live and remain at liberty without violating the law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your Community Control/Probation.

(6) You will not use intoxicants to excess; nor will you visit places where intoxicants, drugs, or other dangerous substances are unlawfully sold, dispensed, or used.

(7) You will work diligently at a lawful occupation and support any dependents to the best of your ability, as directed by your Community Control/Probation Officer. Any period of unemployment in excess of thirty (30) days shall presumptively be a violation of this probation.

(8) You will promptly and truthfully answer all inquiries directed to you by the Court or the Community Control/Probation Officer and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

(9) You will report in person within 72 hours of _____ release from confinement to the Probation and Parole Office in Seminole County, Florida, unless otherwise instructed by your Community Control/Probation Officer.

If the Defendant has been placed on Community Control, he is further ordered to comply with the following additional STANDARD CONDITIONS OF COMMUNITY CONTROL:

(10) You will report to your Community Control Officer at least four (4) times a week, or, if unemployed full time, daily.

(11) You will remain confined to your approved residence except for one-half hour before and after your approved employment, public service work, or any other special activities approved by your Community Control Officer.

(12) You will submit to urinalysis, breathalyzer, or blood test at any time requested by your Community Control Officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs, or controlled substances.

(13) You will maintain an hourly accounting of all your activities on a daily log which you will submit to your Community Control Officer upon request.

( ) You will participate, at your own expense, in the Electronic Monitoring Program as directed by the Florida Department of Corrections.

When placed in the Electronic Monitoring Program, you will, at your own expense, maintain a private telephone which is approved by the Florida Department of Corrections. The telephone line and telephone will be available within five (5) working days of being placed on the Electronic Monitoring Program.

When placed in the Electronic Monitoring Program, you will comply with special instructions of the Department of Corrections concerning the electronic monitoring system.

( ) You will be financially responsible for any loss or damage of electronic equipment. Reimbursement will be made to the Department of Corrections. (Anklet only)

CR/0790.021

TO

DEFENDANT _Robert Riley_    CASE NO. _90-1569-CF_
_90-1571-CF_

And it is further ordered that the Defendant comply with the following
SPECIAL CONDITIONS OF COMMUNITY CONTROL/PROBATION that have been checked
below:

a. (✔) You will pay the following sum to the Clerk of the Circuit Court, P.O. Box 850, Sanford, Florida 32772;

    ( ) Pursuant to Sec. 960.20, F.S., the sum of $20.00 for the Crimes Compensation Trust Fund;
    ( ) Pursuant to Sec. 943.25, F.S., the sum of $3.00 for the Criminal Justice Training Trust Fund.
    ( ) Pursuant to Sec. 943.25, F.S., the sum of $2.00 for Criminal Justice Education by Municipalities and
        counties.
    ( ) Additional court costs @ $200.00 _per ck_
    ( ) Probation/Community Control costs@
    ( ) Fines/Court Costs $
    ( ) Investigative Costs in the amount of $100.00/$

b. ( ) You will pay the following sum to the Board of County Commissioners, Seminole County,
    1101 East First Street, Sanford, Florida 32771 for the services of the Public Defender in this case,
    directed by your Community Control/Probation Officer.

c. ( ) You will pay restitution;
    ( ) per attached schedule,
    ( ) per schedule to be prepared by the Probation Supervisor.
    ( ) In an amount and according to a schedule to be established at a subsequent hearing,
    ( ) In an amount and according to a schedule to be agreed upon with your Probation Supervisor. (the Court
        will hold a hearing to determine the amount if agreement cannot be reached.)
    ( ) (Other):
        Restitution is not ordered
        ( ) as it is not applicable.
        ( ) due to the financial resources of the defendant.

d. ( ) You will obtain a General Equivalency Diploma (G.E.D.) or regular high school diploma as directed by your
    Probation/Community Control Officer.

e. ( ) You will complete vocational aptitude and interest testing and training classes at an area vocational program
    as directed by your Probation/Community Control Officer.

f. ( ) You will undergo mental health screening and, if deemed necessary, undergo mental health counseling as directed
    by your Probation/Community Control Officer.

g. ( ) You will undergo psychiatric treatment/mental health counseling at/with
    keeping all scheduled appointments, until such time as the person in charge of the treatment and your
    Probation/Community Control Officer determine that treatment is no longer necessary.

h. ( ) You will undergo drug or alcohol screening as directed by your Probation/Community Control Officer to determine
    if you need treatment for drug or alcohol abuse.

i. ( ) You will complete any screening and evaluation expenses ordered including drug/alcohol screening
    and psychological/psychiatric examination and testing:
    ( ) Pay $60.00 to I&IC, The Grove Counseling Center, Inc., P.O. Box 4055, Winter Springs, FL 32708.
        ( ) within _____ days,
        ( ) as directed by your Community Control/Probation Officer.

j. ( ) You will immediately enroll or continue to attend and successfully complete the following drug/alcohol
    rehabilitation program, including any after care:
    the rules and regulations of which are hereby made conditions of your probation.

k. ( ) As directed by your Probation/Community Control Officer, you will enroll in, regularly attend, and successfully
    and psychological/psychiatric examination as are reasonably related to your past and future criminality, or to the rehabilitative
    purposes of probation; including, but not limited to, alcohol and drug treatment and counseling, mental health
    counseling, vocational and educational courses and rehabilitation programs, and evaluation and therapy.

l. ( ) Enroll and successfully complete the Life Skills Program sponsored by the Department of Corrections.

CR90790.021

Page _4_ of _5_

50

DEFENDANT: _Andrew Batley_                CASE NO. _90-1589-029_
                                                    _90-1591-029_

m. ( ) You will enroll and successfully complete a counseling program for persons who have been abusive to their parents or partners.

n. ( ) You will not possess any stolen property.

o. ( ) You will not use or possess marijuana, cocaine, or controlled substances of any kind (except upon prescription of a duly licensed medical doctor), not associate with persons illegally possessing controlled substances, nor be in areas where controlled substances are sold or used. You will possess no controlled substance paraphernalia; that is, cigarette papers, bong pipes, roach clips, hypodermics, etc.

p. ( ) You shall not enter any bar or liquor lounge without the permission of your Probation/Community Control officer.

q. ( ) You will not consume or possess any alcohol.

r. ( ) You will not enter or go upon the premises of _____ radius thereof.

s. ( ) You will pay the costs of these examinations.

The Court retains the custody over your person and authorizes any Probation/Community Control Officer to search you at any time and search all vehicles and premises concerning which you have legal standing to give consent to search.

t. ( ) You will have no contact with the following person(s): _____ either personally, by telephone, in writing, or by messages delivered by others or otherwise.

u. ( ) You will submit to physical or chemical examinations, upon the request of your Probation/Community Control officer, to determine the systemic presence of alcohol, controlled substances or unlawfully acquired drugs.

v. ( ) As directed by your Probation/Community Control Officer, you will perform _____ hours public service for a tax supported or tax exempt entity, with the consent and under the supervision of such entity, to wit: _____

w. ( ) You will serve _____ days in the Seminole County Jail with credit for _____ days; ( ) And shall be released upon successful completion of TASC Cell Drug Rehabilitation Program.

x. ( ) You will serve _____ weekends in the Seminole County Jail from 7:00 o'clock p.m., _____ to 5:00 o'clock p.m., _____, beginning _____

y. ( ) Defendant is NOT authorized to participate in the Alternative Community Service Program.

z. ( ) If you are permitted to leave the jurisdiction of the Court for any reason, you must voluntarily return for any scheduled court proceedings.

aa. ( ) You will remain full-time employed unless you are a student or enrolled in a residential, program.

bb. ( ) Your driving privileges are _____

cc. ( ) You will not operate a motor vehicle while your driver's license is suspended or revoked.

dd. ( ) You will not maintain a checking account or have check writing authority on any other account.

ee. (✓) You will enroll and successfully complete the worthless check diversion program sponsored by the State Attorney's Office.

ff. ( ) Other: _____

CRO0790.021                    Page _5_ of _5_                    H&W

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

STATE OF FLORIDA

VS.

RODERIC LEE BOLING

DEFENDANT

CASE NO.    L90-001569CFA

BD #

REEL    LOOP

COURT REPORTER

MINUTES, JUDGMENT AND SENTENCE

FILED IN OFFICE
MARYANNE MORSE
CLERK CIRCUIT COURT
1992 NOV -5 PM 4: 12
SEMINOLE CO. FLA.
BY _____ D.C.

( ) RETRIAL
( ) RESENTENCING
( ) PROBATION VIOLATOR
( ) COMMUNITY CONTROL VIOLATOR

Court was opened with the Honorable    JUDGE NEWMAN BROCK    presiding, and in attendance: Assistant

State Attorney _____ ; Court Clerk    Ms. KLINGMAN    , being personally before this Court represented by

_____ , No attorney of record and having:

( ) Been tried and found guilty of the following crime(s)
(X) Entered a plea of guilty to the following crime(s)
( ) Entered a plea of nolo contendere to the following crime(s)

The Defendant,    RODERIC LEE BOLING

| Count | Crime/Statute Number(s) | | Degree of Crime |
|---|---|---|---|
| 1 | FORGERY | 831.01 | F 3 |
| | | 4/11/91 | |

( ) REVOKED PROBATION
( ) REVOKED COMMUNITY CONTROL
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
( ) ADJUDICATED GUILTY; and the cause having been shown why the Defendant should not be adjudicated guilty,
    IT IS ORDERED THAT the Defendant is hereby, ADJUDICATED GUILTY of the above crime(s)
( ) ADJUDICATION WITHHELD: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD of the above crime(s)

DISTRIBUTION: White - Court File  •  Green - Sheriff  •  Yellow - State Attorney  •  Pink - Probation & Parole  •  Goldenrod - Defense Attorney
_____ Dept. of Corrections (2)    Sentencing Guidelines Commission

Page 1 of 5



DEFENDANT _Mitchell Pelkey_    CASE NO. _____

# FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by: _____
Name and Title _____ 17763

I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, _Mitchell Pelkey_, and that they were placed thereon by said Defendant in my presence in open Court this date.

Date: 11/5/02

_____
CIRCUIT JUDGE

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____
DEPUTY CLERK

CR0790.021

Defendant: _____    Case No. _____

**ORDER OF PROBATION/COMMUNITY CONTROL**

**COMMUNITY CONTROL:**

( ) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) Followed by a period of _____ on Probation under the supervision of the Department of Corrections according to the terms and conditions set forth in this order.

( ) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) Followed by a period of _____ on Probation under the supervision of the Department of Corrections according to the terms and conditions set forth in this order.

**PROBATION:**

( ) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) The Court hereby assessed a lien of $ _____.

( ) The Defendant is hereby ordered to pay restitution in the amount of $ _____.

( X ) With same condition set forth in previous Order — excluding any costs previously paid.

Said Probation/Community Control to run concurrent/consecutive with _____

( ) The Defendant is hereby ordered to pay the following costs: $200.00 _____ pursuant to F.S. 27.3455, $20.00 pursuant to F.S. 960.20 $3.00 and $2.00 pursuant to F.S. 943.25.

( ) The Defendant is hereby ordered to pay a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25, payable to the Clerk of the Circuit Court within _____.

( ) The Court hereby imposes a fine of $ _____ plus $ _____ for the services of the _____ Public Defender.

( ) The Court appointed the Public Defender for appeal purposes.

**You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation/community control, or may extend the period of probation/community control as authorized by law, or may discharge you from further supervision. If you violate any of the conditions of your probation/community control, you may be arrested and, after a hearing if you have an opportunity to be heard, the Court may revoke your probation/community control, adjudge you guilty and impose any sentence which it may have imposed before placing you on probation/community control.**

The Defendant was advised of his right to appeal from this judgment at any time within 30 days from this date, and his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

The Defendant was advised of his right to appeal from this judgment by filing notice of appeal with the Clerk of the Circuit Court within 30 days and was also advised of his right to appeal. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this _____ day of _____ 19 ___.

_____
CIRCUIT JUDGE

Page ___ of ___

_____
PROBATION/COMMUNITY CONTROL

DATE: _____

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72 hours, report to the Department of Corrections, Probation and Parole Office, 101 E. First Street, 3rd floor, Suite 300, Sanford, Florida, for further instructions.

CR.07PO.021

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA    2-27-07

BY _____ DEPUTY CLERK



IN THE CIRCUIT COURT
IN AND FOR SEMINOLE COUNTY, FLORIDA

STATE OF FLORIDA                              CASE NO. 90-2060-CFA
VS.                                           OBTS#
_____                           COURT REPORTER
DEFENDANT.                                    MINUTES, JUDGMENT, AND SENTENCE

COURT WAS OPENED WITH THE HONORABLE _____
PRESIDING; AND IN ATTENDANCE; ASSISTANT STATE ATTORNEY _____
COURT, CLERK _____                    BEING PERSONALLY BEFORE

THE DEFENDANT, _____
AND HAVING;

( ) BEEN TRIED AND FOUND GUILTY
( ) ENTERED A PLEA OF GUILTY
( ) ENTERED A PLEA OF NOLO CONTENDERE

COUNT      CRIME(STATUTE NUMBER(S))          DEGREE OF CRIME

Forgery          831.01                       F-3

( ) REVOKED PROBATION/COMMUNITY CONTROL;
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
( ) ADJUDICATED GUILTY; AND NO CAUSE HAVING BEEN SHOWN WHY DEFENDANT SHOULD
    NOT BE ADJUDICATED GUILTY, IT IS ORDERED THAT THE DEFENDANT IS HEREBY
    ADJUDICATED GUILTY OF THE ABOVE CRIME(S);
( ) ADJUDICATION WITHHELD; IT IS ORDERED THAT ADJUDICATION OF GUILT BE
    WITHHELD OF THE ABOVE CRIME(S)
    AND PURSUANT TO SEC. 943.325, F.S. HAVING BEEN CONVICTED OF ATTEMPTS OR
    OFFENSES RELATING TO SEXUAL BATTERY (CH. 794) OR LEWD OR LASCIVIOUS
    CONDUCT (CH. 800) THE DEFENDANT SHALL BE REQUIRED TO SUBMIT TO BLOOD
    SPECIMENS.

DISTRIBUTION: WHITE-COURT FILE; GREEN-SHERIFF; YELLOW-STATE ATTORNEY;
              PINK-PROBATION & PAROLE; GOLDENROD-DEFENSE ATTORNEY
              ___ DEPT OF CORRECTION(S)(2)  SENTENCING GUIDELINES COMMISSION

PAGE 1 OF 2

STATE OF FLORIDA
VS.
DEFENDANT _Walter Willis_    CASE NO. _91-2662CFA_    OBTS# _____

SENTENCE
(As to Count _____)

IT IS THE SENTENCE OF THE LAW:

( )    The Defendant shall pay a fine of $ _____ pursuant to F.S. 775.083, plus $ _____ as the 5% surcharge required by F.S. 960.25.

( )    The Defendant is hereby committed to the custody of the Department of Corrections.

( )    The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( )    The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one; unmarked sections are inapplicable)

( )    for a term of Natural Life.

(X)    for a term of _Three (3) years_

( )    The SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this Order.

( )    Followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

( )    However, after serving a period of _____ imprisonment in Department of Corrections, the balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL for a period of _____ under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portion shall be satisfied before the defendant begins service of the supervision terms.

SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

JAIL CREDIT    ( )    It is further ordered that the Defendant shall be allowed a total of _____ days credit for time incarcerated before imposition of this sentence.

PRISON    ( )    It is further ordered that the Defendant be allowed credit for all time previously served on this CREDIT        count in the Department of Corrections prior to resentencing.

CONSECUTIVE/    ( )    It is further ordered that the sentence imposed for this count shall run [ ] consecutive to CONCURRENT        [ ] concurrent with the sentence set forth in Count _____
AS TO OTHER
COUNTS

PREVIOUS    ( )    Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator CREDIT        and date of resentencing. The Department of Corrections shall apply original jail credit awarded and shall compute and apply credit for time served and unforfeited gain-time awarded during prior service of case number/court number _____

CRIJ0793.021
KP

Page _2_ of _3_

State of Florida

VS.

DEFENDANT: _Public Roberts_    CASE NO. _90-1569 CFA_

Consecutive/Concurrent
(as to other convictions)

It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run: [ ] consecutive to [ ] concurrent [ ] continuous with the following:

(  ) Any active sentence being served _90-1571 CFA_

Specific sentences: _____

In the event the above sentence is to the Department of Corrections, the Sheriff of Seminole County, Florida, is hereby ordered and directed to deliver the Defendant to the Department of Corrections at the facility designated by the Department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

(  ) The Defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

(  ) Court appointed the Public Defender for appeal purposes.

In imposing the above sentence, the Court further recommends _____

( ) Restitution not ordered.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this ___ day of _Dec_ 19__

_____
JUDGE

INSTRUCTED BY: _____

PROBATION/COMMUNITY CONTROLEE

DATE: _____

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72 hours, report to the Department of Corrections, Probation & Parole Office, for further instructions.

CRLO793.021
KP

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____  3-27-07
_____  DEPUTY CLERK

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

STATE OF FLORIDA

VS.

DEFENDANT  _____ Bradley Joel Belvin _____

CASE NO. _____ 96-1577-CFA _____

OBTS# _____

COURT REPORTER _____ Richardson _____

MINUTES, JUDGMENT, AND SENTENCE

```
_____ RETRIAL
_____ RESENTENCING
_____ PROBATION VIOLATOR
_____ COMMUNITY CONTROL VIOLATOR
_____ DRUG OFFENDER VIOLATOR
```

COURT WAS OPENED WITH THE HONORABLE _____ O. Henry Mihalek _____
PRESIDING, AND IN ATTENDANCE: ASSISTANT STATE ATTORNEY _____

COURT CLERK _____

THE DEFENDANT, _____ Bradley Joel Belvin _____, BEING PERSONALLY BEFORE
THIS COURT REPRESENTED BY _____ , * ATTORNEY OF RECORD
AND HAVING:

( ) BEEN TRIED AND FOUND GUILTY
( ) ENTERED A PLEA OF GUILTY
( ) ENTERED A PLEA OF NOLO CONTENDERE

| COUNT | CRIME/STATUTE NUMBER(S) | | DEGREE OF CRIME |
|---|---|---|---|
| I | Lewd/Lascivious Fondling | 831.02 | F-2 |
| II | Attempted Rape | 831.02/194.01 | F-3 |
| III | Attempted Forgery | 831.02 | F-3 |
| IV | Attempted Forgery | 831.02 | F-3 |

( ) REVOKED PROBATION/COMMUNITY CONTROL
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT.
( ) ADJUDICATED GUILTY; AND NO CAUSE HAVING BEEN SHOWN WHY DEFENDANT SHOULD
    NOT BE ADJUDICATED GUILTY, IT IS ORDERED THAT THE DEFENDANT IS HEREBY
    ADJUDICATED GUILTY OF THE ABOVE CRIME(S).
( ) ADJUDICATION WITHHELD: IT IS ORDERED THAT ADJUDICATION OF GUILT BE
    WITHHELD OF THE ABOVE CRIME(S).
( ) AND PURSUANT TO SEC. 943.325, F.S. HAVING BEEN CONVICTED OF ATTEMPTS OR
    OFFENSES REL' TO SEXUAL BATTERY (CH. 794) OR LEWD OR LASCIVIOUS
    CONDUCT (CH. 800) THE DEFENDANT SHALL BE REQUIRED TO SUBMIT TO BLOOD
    SPECIMENS.

DISTRIBUTION: WHITE-COURT FILE; GREEN-SHERIFF; YELLOW-STATE ATTORNEY;
    PINK-PROBATION & PAROLE; GOLDENROD-DEFENSE ATTORNEY
    _____ DEPT OF CORRECTIONS(2)   _____ SENTENCING GUIDELINES COMMISSION

PAGE 1 OF _____

State of Florida
VS.
DEFENDANT _Robert Bellew_ CASE NO. _____

SENTENCE
(As to Count _I_ )

IT IS THE SENTENCE OF THE LAW:

( ) The Defendant shall pay a fine of $_____, pursuant to F.S. 775.083, plus $_____ as the 5%

( ) The Defendant is hereby committed to the custody of the Department of Corrections.

( ) The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( ) The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one; unmarked sections are inapplicable)

( ) For a term of Natural Life.

( ) For a term of _five (5) years_

( ) The SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this Order.

( ) followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

( ) However, after serving a period of _____ imprisonment in Department of Corrections, the balance of such sentence shall be suspended and the Defendant be placed on PROBATION/COMMUNITY CONTROL for a period of _____ under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins the service of the supervision terms.

SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

JAIL CREDIT

(✓) It is further ordered that the Defendant shall be allowed a total of _5 years_ days county jail credit for time incarcerated before imposition of this sentence.

PRISON CREDIT

( ) It is further ordered that the Defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

CONSECUTIVE/CONCURRENT AS TO OTHER COUNTS

( ) It is further ordered that the sentence imposed for this count shall run ( ) concurrent with the sentence set forth in Count ( ) consecutive to

PREVIOUS CREDIT

( ) Defendant is allowed credit for time served between date of arrest as a violator and date of resentencing. The Department of Corrections shall apply original jail credit awarded and shall compute and apply credit for time served and unforfeited gain-time awarded during prior service of this number/court number.

CRJ0P05.021
KP

Page _2_ of _2_

STATE OF FLORIDA
vs.
DEFENDANT _Wallace Wofsher_   CASE NO. _90-15???/CJA_

**SENTENCE**
(As to Count _II_ )

**IT IS THE SENTENCE OF THE LAW:**

( ) The Defendant shall pay a fine of $ _____ pursuant to F.S. 775.083, plus $ _____ as the 5%
    surcharge required by F.S. 960.25.

( ) The Defendant is hereby committed to the custody of the Department of Corrections.

( ) The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( ) The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

**TO BE IMPRISONED** (check one; unmarked sections are inapplicable)

( ) for a term of Natural Life.

(X) for a term of _full life, (55 years)_ .

( ) The SENTENCE is SUSPENDED for a period of _____ .

( ) Followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of
    the Department of Corrections according to the terms and conditions of Probation/Community Control set forth
    in this Order.

( ) However, after serving a period of _____ imprisonment in Department of Corrections, the
    balance of the sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL
    for a period of _____ under the supervision of the Department of Corrections according to
    the terms and conditions of Probation/Community Control set forth in this Order.

( ) In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before
    the defendant begins service of the supervision terms.

**SPECIAL PROVISIONS**

By appropriate notation, the following provisions apply to the sentence imposed in this section:

**JAIL CREDIT**

(X) It is further ordered that the Defendant shall be allowed a total of _5 years app-_
    credit for time incarcerated before imposition of this sentence.

**PRISON
CREDIT** ( ) It is further ordered that the Defendant be allowed credit for all time previously served on this
    count in the Department of Corrections prior to resentencing.

**CONSECUTIVE/
CONCURRENT
AS TO OTHER
COUNTS** (X) It is further ordered that the sentence imposed for this count shall run ( ) concurrent to
    ( ) consecutive with the sentence set forth in Count _____ .

**PREVIOUS
CREDIT** ( ) _5 years app-_ consecutive to

Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator
and date of resentencing. The Department of Corrections shall apply original jail credit awarded and the
shall compute and apply credit for time served and unforfeited gain-time awarded and
of case number/court number _____ .

CA/DTPS.021
KP

Page _25_ of _42_

STATE OF FLORIDA
VS.
DEFENDANT: _____    CASE NO. _____

**SENTENCE III**
(As to Count _____)

**IT IS THE SENTENCE OF THE LAW:**

( )  The Defendant shall pay a fine of $ _____, pursuant to F.S. 775.083, plus $ _____ as the 5% surcharge required by F.S. 960.25.

( )  The Defendant is hereby committed to the custody of the Department of Corrections.

( )  The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( )  The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

**TO BE IMPRISONED** (check one; unmarked sections are inapplicable)

( )  for a term of Natural Life.

( )  for a term of _____

( )  The SENTENCE IS SUSPENDED for a period of _____ Order.

( )  followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

( )  However, after serving a period of _____ imprisonment in Department of Corrections, the balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY Control under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

**SPECIAL PROVISIONS**

By appropriate notation, the following provisions apply to the sentence imposed in this section:

**JAIL CREDIT**

( )  It is further ordered that the Defendant shall be allowed a total of _____ days credit for time incarcerated before imposition of this sentence.

**PRISON CREDIT**

( )  It is further ordered that the Defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**CONSECUTIVE/ CONCURRENT AS TO OTHER COUNTS**

( )  It is further ordered that the sentence imposed for this count shall run ( ) consecutive to
( ) concurrent with the sentence set forth in Count _____

**PREVIOUS CREDIT**

( )  Defendant is allowed credit for _____ days county jail credit, served between date of arrest as a violator and date of resentencing. The Department of Corrections shall apply original jail credit awarded and shall compute and apply credit for time served and unforfeited gain-time awarded during prior service of case number/count number. _____

Page ___ of ___

C3/0793.021
KP

State of Florida
VS.
DEFENDANT _____ CASE NO. _____

OBTS# _____

SENTENCE
(As to Count ___ )

IT IS THE SENTENCE OF THE LAW:

( )  The defendant shall pay a fine of $ _____ pursuant to F.S. 775.083, plus $ _____ as the 5%
     surcharge required by F.S. 960.25.

( )  The defendant is hereby committed to the custody of the Department of Corrections.

( )  The defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( )  The defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one) unmixed sections are inapplicable)

( )  For a term of natural life.

(✓)  For a term of _____ fu(?) (15) years

( )  The SENTENCE is suspended for a period of _____ subject to conditions set forth in this
     Order.

( )  Followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of
     the Department of Corrections according to the terms and conditions of Probation/Community Control set forth
     in this Order.

( )  However, after serving a period of _____ Imprisonment in Department of Corrections, the
     balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL
     for a period of _____ under the supervision of the Department of Corrections according to
     the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before
the defendant begins service of the supervision terms.

SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section

JAIL CREDIT    (✓)  It is further ordered that the Defendant shall be allowed a total of _____ 5 years
                    credit for time incarcerated before imposition of this sentence.

PRISON
CREDIT        ( )  It is further ordered that the Defendant be allowed credit for all time previously served on this
                   count in the Department of Corrections prior to resentencing.

CONSECUTIVE/       (✓)  It is further ordered that the sentence imposed for this count shall run ( ) consecutive to
CONCURRENT              ( ) concurrent with the sentence set forth in Count _____ 5 years
AS TO OTHER
COUNTS

PREVIOUS      ( )  Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator
CREDIT             and date of resentencing. The Department of Corrections shall apply original jail credit awarded and
                   also credit awarded and apply credit for time served and unforfeited gain-time awarded during prior service
                   of case number/count number _____

Page 5 of 6

CR10795.dbi
XP

State of Florida
vs.
DEFENDANT: _____    CASE NO. D-1577/04-

Consecutive/Concurrent
(As to other convictions)

It is further ordered that the composite term of the sentences imposed for the counts specified
in this order shall run ( ) consecutive to ( ) concurrent ( ) consecutive
( ) non-concurrent with the following:
( ) _____ active sentence being served. _____

Specific sentences: _____

In the event the above sentence is to the Department of Corrections, the Sheriff of Seminole County, Florida, is hereby
ordered and directed to deliver the Defendant to the Department of Corrections at the facility designated by the Department
together with a copy of this Judgment and sentence and any other documents specified by Florida Statutes.

( )    The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal
       within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance
       of counsel in taking said appeal at the expense of the State upon showing of indigency.

( )    Court appointed the Public Defender for appeal purposes.

In imposing the above sentence, the Court further recommends _____

( ) Restitution not ordered.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this 23 day of Apl, 20__

_____
JUDGE

DATE: _____

_____
PROBATION/COMMUNITY CONTROLLEE

INSTRUCTED BY: _____

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72
hours, report to the Department of Corrections, Probation & Parole Office, for further instructions.

CRA0793.021
KP

Page  4i  of  6i

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____
_____  2-27-07
DEPUTY CLERK

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO. _____ L90-001571CFA

( ) RETRIAL
( ) RESENTENCING
( ) PROBATION VIOLATOR
( ) COMMUNITY CONTROL VIOLATOR

REEL _____ 80 7
LOOP _____ Checked

COURT REPORTER _____

MINUTES, JUDGMENT AND SENTENCE
SEMINOLE CO. FLA., D.C.

STATE OF FLORIDA
VS.
RODERIC LEE BOLING
DEFENDANT

FILED IN OFFICE
MARYANNE MORSE
CLERK CIRCUIT COURT
91 NOV -5 PM 4: 13

JUDGE NEWMAN BROCK _____, presiding, and in attendance; Assistant

State Attorney _____ Court Clerk _____ M. KLINGMAN

The Defendant, RODERIC LEE BOLING _____, being personally before this Court represented by
_____, his attorney of record and having:

( ) Been tried and found guilty by the following crime(s)
( ) Entered a plea of guilty to the following crime(s)
(X) Entered a plea of nolo contendere to the following crime(s)

| Count | | Crime/Statute Number(s) | | Degree of Crime |
|-------|---------------------|---------------|-------------|------|
| 01 | UTTERING FORGERY | 831.02 | | F 3 |
| 02 | GRAND THEFT | 812.014(1) | 812.01412(C)1 | F 3 |
| 03 | UTTERING FORGERY | 831.02 | | F 3 |
| 04 | UTTERING FORGERY | 831.02 | | F 3 |

4/11/91

( ) REVOKED PROBATION
( ) REVOKED COMMUNITY CONTROL
( ) ADJUDICATED PRIOR ADJUDICATION OF GUILT
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
( ) ADJUDICATED GUILTY; and no cause having been shown why the Defendant should not be adjudic. ed guilty,
    IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).
( ) ADJUDICATION WITHHELD. IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD of the above crime(s).

DISTRIBUTION: White - Court File • Green - Sheriff • Yellow - State Attorney • Pink - Probation & Parole • Goldenrod - Defense Attorney
___ Dept. of Corrections (2)    ___ Sentencing Guidelines Commission

Page 1 of 5



DEFENDANT _____

CASE NO. _____

# FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
| --- | --- | --- | --- | --- |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by:

Name and Title

I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, _____, and that they were placed thereon by said Defendant in my presence in Open Court this date.

Date: _____

_____
CIRCUIT JUDGE

CR60700.021

PAGE ___ OF ___

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA
BY _____
_____ DEPUTY CLERK

Defendant _Robert Bullock_   Case No. _40-1571-UCA_

## ORDER OF PROBATION/COMMUNITY CONTROL

**COMMUNITY CONTROL:**

( ) The Court hereby stays as withholds the imposition of sentence as to County
and places the Defendant on Community Control for a period of _____ under the
supervision of the Department of Corrections according to the conditions set forth in this order.

( ) Followed by a period of _____ on Probation under the supervision of the Department
of Corrections according to the terms and conditions set forth in this order.

( ) The Court hereby stays and withholds the imposition of sentence as to County(s) _____ under the
and places the Defendant on Community Control for a period of _____
supervision of the Department of Corrections according to the conditions set forth in this order.

( ) Followed by a period of _____ on Probation under the supervision of the Department
of Corrections according to the terms and conditions set forth in this order.

**PROBATION:**

(✗) The Court hereby stays and withholds the imposition of sentence as to County(s) _I, II, III, IV_ and
places the Defendant on probation for a period of _____ under the supervision of the
Department of Corrections according to the conditions set forth in this order.

( ) With same conditions set forth in previous Order excluding any costs previously paid.

Said Probation/Community Control to run _concurrent/consecutive_ with _____

( ) The Defendant is hereby ordered to pay the following costs: $200.00 pursuant to F.S. 27.3655, $20.00 pursuant
to F.S. 960.20, $3.00 and $2.00 pursuant to F.S. 943.25.

( ) The Court waived statutory costs.

( ) The Court hereby imposes a fine of $_____ plus $_____ as the 5% surcharge required by F.S. 960.25,
payable to the Clerk of the Circuit Court within _____

( ) The Court hereby assessed a lien of $_____

( ) The Defendant is hereby ordered to pay restitution in the amount of $_____ for the services of the _____ Public Defender.

to _____

**You are hereby** placed on notice that the Court may rescind or modify any of the conditions of your
probation/community control or may extend the period of probation/community control as authorized by law or may discharge you
from further supervision. If you violate any of the conditions of your probation/community control, you may be arrested
and after adjudication you may be committed to be by law, or the Court may revoke your probation/community control, adjudge you guilty,
and impose any sentence which it may have imposed before placing you on probation/community control.

( ) The Court appointed the Public Defender for appeal purposes.

**You are hereby** advised of his right to appeal from this judgment by filing notice of appeal with the Clerk of the Circuit
Court within 30 days following the date sentence is imposed or probation/community control is ordered pursuant to this adjudication. The Defendant
was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of
indigency.

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72
hours report to the Department of Corrections, Probation and Parole Office, 101 E. First Street, 3rd floor, Suite 300, Sanford,
Florida, for further instructions.

DATE: _5/5/92_ _____

_Robert John Bullock_
PROBATION/COMMUNITY CONTROLEE

**DONE AND ORDERED** in Open Court at Sanford, Seminole County, Florida, this _5_ day of _November_, 19 _92_

_Robert John Bullock_
CIRCUIT JUDGE

CRC/790.021

Page __2__ of __2__

H&M

---

CERTIFIED COPY · MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY: _____

DATE __2-27-07__

_____
DEPUTY CLERK

Defendant _Robert Lee Bost_ + Case Number _CR 92-3990_ BTS Number _503/06-5_

## SENTENCE

(As to Count _DC_)

The defendant, being personally before this court, accompanied by the defendant's attorney of record,
_Wm Gibson_, and having been adjudicated guilty herein, and the court having given the defendant
an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should
not be sentenced as provided by law, and no cause being shown,

___ (Check one if applicable.)

___ and the Court having on _____ (date) _____ deferred imposition of sentence until this date.

___ and the Court having previously entered a judgment in this case on _____ (date) _____ now resentences
the defendant.

✗ and the Court having placed the defendant on (Probation)/community control and having subsequently revoked
the defendant's probation/community control.

## IT IS THE SENTENCE OF THE COURT THAT:

___ The defendant pay a fine of $ _____, pursuant to section 775.083, Florida Statutes, plus $ _____
as the 5% surcharge required by section 960.25, Florida Statutes.

✗ The defendant is hereby committed to the custody of the Department of Corrections.

___ The defendant is hereby committed to the custody of the Sheriff of _____ Orange _____ County, Florida.

___ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**TO BE IMPRISONED (CHECK ONE; UNMARKED SECTIONS ARE INAPPLICABLE.):**

___ For a term of natural life.

✗ For a term of _3 1/2 years_

___ Said SENTENCE SUSPENDED for a period of _____
this order.

**If "split" sentence, complete the appropriate paragraph.**

___ Followed by a period of _____ on probation/community control under the supervision of the
Department of Corrections according to the terms and conditions of supervision set forth in a separate order
entered herein.

___ However, after serving a period of _____ imprisonment in _____, the
balance of the sentence shall be suspended and the defendant shall be placed on probation/community
control for a period of _____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth in a separate order entered
herein.

**In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be
satisfied before the defendant begins service of the supervision terms.**

It is further ordered that the sentence imposed for this count shall run _____ subject to conditions set forth in
___ Concurrent with (check one) the sentence set forth in count _____ above.
_____ Consecutive to

FILED IN OPEN COURT
THIS _17_ DAY OF _March_, 19_94_

_Fran Carlton_ Clerk

BY _[signature]_ D.C.

Page _1_ of _3_

CONSECUTIVE/
CONCURRENT

Defendant _Nadine Lee Felix_   Case Number _CR 92-0390_

# SPECIAL PROVISIONS

(As to Count _One_ )

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**Firearm**
— It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Firearm**
**(Police Officer Weapon)**
— It is further ordered that the 3-year minimum imprisonment provisions of section 775.0875, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**
— It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance Within 1,000 Feet of School**
— It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender**
— The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Habitual Violent Felony Offender**
— The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement Protection Act**
— It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**
— It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**
— It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**
— It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

## Other Provisions:

**Retention of Jurisdiction**
— The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**
— It is further ordered that the defendant shall be allowed a total of _219_ days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**
— It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

32-30   (7-92)

Page _2_ of _3_

Defendant _Roslie Lee Boling_    Case Number _CR 90-2390_

Other Provisions, continued:

Consecutive/Concurrent
As To Other Counts

_____ It is further ordered that the sentence imposed for this count shall run
(check one) _____ consecutive to _____ concurrent
with the sentence set forth in count _____ of this case.

Consecutive/Concurrent
As To Other Convictions

_____ It is further ordered that the composite term of all sentences imposed for
the counts specified in this order shall run
(check one) _____ consecutive to _✓_ concurrent
with the following:
(check one)
(check one)

_____ any active sentence being served.

_✓_ Specific sentences: _CRA 90-1571 & CRA 90-1569_

In imposing the above sentence, the court further recommends _____

The defendant in open court was advised of the right to appeal from this sentence by filing notice of
appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance
of counsel in taking the appeal at the expense of the State on showing of indigency.

In the event the above sentence is to the Department of Corrections, the Sheriff of _ORANGE_
County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at
the facility designated by the department together with a copy of this judgment and sentence and any other
documents specified by Florida Statute.

DONE AND ORDERED in open court at _ORANGE_ County, Florida,
this _17_ day of _March_ 19_94_.

_____
Judge

STATE OF FLORIDA
ORANGE COUNTY

I HEREBY CERTIFY
that the above ... is a true
... original filed in this office

Dated _3-24_

_____, Clerk Circuit Court
_____ D.C.

32-40 (7/92)

COURT MINUTES ☒ ORDER (PLEA/SENTENCING/RELEASE)

STATE OF FLORIDA

vs

CHARGED WITH: Robbie Lee Parker

1) Litt Grand
2) Petit Theft

IN THE CIRCUIT COURT IN AND FOR ORANGE
COUNTY, FLORIDA

CASE CR92-3990

DIVISION 15

COURT OPENED AT 8:30A 10.1.92   HONORABLE _____ Haskill N. Bout _____ JUDGE

ASSISTANT PUBLIC DEFENDER _____   ASSISTANT STATE ATTORNEY _____ B. Mackey _____

COURT REPORTER D. Gunderson   COURT DEPUTY _____ B. J. Clay _____

This case came on this date for ☒ Plea ☒ Sentencing ☐ Trial ☐ Pre-Trial.

The Defendant was _____ present, _____ not present, ☒ present with Counsel: B. R. McClure

Plea of not guilty withdrawn. _____ Defendant tried and found guilty of: _____ Defendant sworn and pled _____ Guilty to:

_____ Nolo Contendere to:

SENTENCING:

Defendant reserves right to appeal _____ Adjudication of Guilt withheld, finding of guilt entered.

Defendant adjudged guilty. _____ $5.00 C.C. _____ $50.00 C.C.F. _____ $200.00 C.J.T.F. or _____ $60.00 C.J.T.F. (27.3455)

P.S.I. ORDERED. It is hereby Ordered that the Department of Corrections submit P.S.I. or a scoresheet of
Defendant and deliver a written report of same to the undersigned Judge within two working days before
sentencing. STATUS

Sentencing set for _____ , 19 _____ , at _____ .M. Courtroom _____

P.S.I. Bond set at _____ , _____ P.D.R. ORDERED. _____ P.S.I. waived.

SENTENCING:

Adjudication of guilt was withheld, a finding of guilt entered.

Defendant adjudged guilty. ☒ $3.00 C.C. ☒ $50.00 C.C.F. ☒ $200.00 C.J.T.F. (27.3455) or _____ $50.00 C.J.T.F.

RELEASE - Defendant IS Ordered released from custody as to this case only.

STATE OPEN FLORIDA, ORANGE COUNTY

FILED IN OPEN COURT THIS _____ day of _____ OCT _____ , 19 92 .

FRAN CARLTON, Clerk of the Circuit County Courts.

by: _____

DEPUTY CLERK in attendance.

COURT RECESSED at 10:10 AM 10.2.92

32-60(b)   (7-92)

[signature] Printed

CIRCUIT JUDGE

Distribution:
☒ Surety/Cash Bond
☒ Defendant
☒ Probation/Parole
☐ Court Deputy
☐ S.O. on

IN THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

COURT OF THE

CASE NO. _CR 92 - 3990_

FILED IN OPEN COURT
THIS 2 DAY OF _Oct_ , 199 2
Fran Carlton, Clerk
BY _____ D.C.

STATE OF FLORIDA

DIVISION _____

vs.

_Robin Bolig_

**NOLLE PROSEQUI**

THE STATE OF FLORIDA enters a Nolle Prosequi in the

above-entitled action as to _of the petet 4 off_

I do certify that a copy hereof has been furnished to

by (delivery)(mail) this _21_ day of _Oct_ , 199 2

LAWSON LAMAR
State Attorney

By: _Carolyn Van Fast_
Print Name: Carolyn Van Fast
Florida Bar No. _482680_
Assistant State Attorney
Post Office Box 1673
Orlando, Florida  32802-1673
Telephone:  (407)836-2400

_____ Exculpatory info. received
_____ Formerly placed in jeopardy
_____ Case to be refiled
_____ Key evidence suppressed
_____ Unable to locate key witness
_____ Key witness problems--civilian
_____ Key witness problems--LEO
_____ Pled to another case or count
_____ Other

cc:    State Attorney
       Counsel for Defendant

29-141 (6/91)

STATE OF FLORIDA, COUNTY OF ORANGE
I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office
LYDIA GARDNER, Clerk Circuit Court

Dated 3-20-06
By _____ D.C.

32-34 (8/92)

In the Ci..it Court, ___ Ninth ___ Judicial Circuit,

in and for ___ Orange ___ County, Florida

Division ___ 15 ___

Case Number CR 92-3990

___ Probation Violator

___ Community Control Violator

___ Retrial

___ Resentence

State of Florida

v.

Bodevie Lee Belvis
Defendant

FILED IN OPEN COURT

THIS 10 DAY OF Sept, 1992

Fran Carlton, Clerk

BY J. Bethell D.C.

# J U D G M E N T

The defendant, Bodevie Lee Belvis , being personally before this court
represented by B. Kriane , the attorney of record, and the state
represented by Vogart , and having

___ been tried and found guilty by jury/ by court of the following crime(s)

✗ entered a plea of guilty to the following crime(s)

✓ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|---|---|---|---|---|
| I | Aggravated Battery | 831.02-63 | 503 | 4217875 ORANGE CO. FL. 07/18/92  11:36:11am |
| II | Petit Theft | 812.014 | M2 | |
| | | 2 D | | OR4462 PG3161 |

✗ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the
defendant is hereby ADJUDICATED GUILTY of the above crime(s).

___ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating
to sexual battery (ch.794) or lewd and lascivious conduct (ch.800) the defendant shall be required to sub-
mit blood specimens.

___ and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

Page 1 of 2

State of Florida

v.

Defendant

Rodrick Lee Billups

Case Number CR92-3990

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
| --- | --- | --- | --- | --- |
| | | | | |

| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |
| --- | --- | --- | --- | --- |
| | | | | |

Fingerprints taken by: _____

Name

_____
Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, _____, and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in _____ County, Florida,

this _____ day of _____ 19____.

_____
Judge

32-37 (7/92)

STATE OF FLORIDA, COUNTY OF ORANGE
I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office.

LYDIA GARDNER, Clerk Circuit Court

By _____ D.C.

Dated 8-20

I HEREBY CERTIFY

RECORDED & RECORD VERIFIED
Martha Haynie
County Comptroller, Orange Co, FL

OR4462 PG3162

Page 2 of 2

Page 2 of 2

In the Ci___t Court, Ninth ___ Judi___ Cir___,
in and for _____ Orange _____ County, Flo___

Division  15

Case Number  CR 92 - 11046

FILED IN OPEN COURT 93
THIS 2 DAY OF AUG

Fran ____ ___, Clerk

By _____ D.C.

___ Probation Violator

___ Community Control Violator

___ Retrial

___ Resentence

State of Florida
v.

Defendant  Roderic Boling

J U D G M E N T

The defendant,  Roderic Boling
represented by  B. Kinane , being personally before this court
represented by  C. Fox Kart , the attorney of record, and the state
_____ , and having

___ been tried and found guilty by jury/ by court of the following crime(s)
X entered a plea of guilty to the following crime(s)
___ entered a plea of nolo contendere to the following crime(s)

44292242 ORANGE CO., FL.
04/13/93    08:28:40am

OR4 546 PG3327

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|---|---|---|---|---|
| 1 | Uttering Forgery | 831.02 | F3 | 5517754 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

___ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the
defendant is hereby ADJUDICATED GUILTY of the above crime(s).

___ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating
to sexual battery (ch.794) or lewd and lascivious conduct (ch.800) the defendant shall be required to sub-
mit blood specimens.

___ and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

32-34  (8/92)

Page 1 of 2



State of Florida

v.

Roderic Boling

Defendant

Case Number CR92-11046

**FINGERPRINTS OF DEFENDANT**

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: _____

Name

Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, Roderic Boling and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in ORANGE County, Florida, this _____ day of April 19 73

Judge

32-37 (7/92)

OR 4548 PG 3328

Page 2 of 2

*CR92-11646  action taken- prev filed*

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

vs.                                    CASE NO. CR92-11646

RODERIC BOLING                         DIVISION _____ 15

THE STATE OF FLORIDA enters a Nolle Prosequi in the

above-entitled action as to ___CT.2 = PETIT THEFT___

**NOLLE PROSEQUI**

I do certify that a copy hereof has been furnished to

PUBLIC DEFENDER, 1 N. ORANGE AVE. SUITE 500, ORLANDO, FL    32801

by (delivery) (mail) this _2_ day of ___April___, 199_3_.

                              LAWSON LAMAR
                              State Attorney

                              By: _____

                              Print Name: CAROLYN VAN ZANT

                              Florida Bar No. _402620_

                              Assistant State Attorney

                              Post Office Box 1673

                              Orlando, Florida  32802-1673

                              Telephone:  (407)836-2400

| | |
|---|---|
| ___ | Exculpatory info. received |
| ___ | Formerly placed in jeopardy |
| ___ | Case to be refiled |
| ___ | Key evidence suppressed |
| ___ | Unable to locate key witness |
| ___ | Key witness problems--civilian |
| ___ | Key witness problems--LEO |
| _41_ | Pled to another case or count |
| ___ | Other |

cc:   State Attorney
      Counsel for Defendant

29-141 (6/91)

STATE OF FLORIDA, COUNTY OF ORANGE
I HEREBY CERTIFY
that the above and foregoing is a true copy
of the original filed in this office

LYDIA GARDNER, Clerk Circuit Court

Dated _____ By: _____ D.C.

FILED IN OFFICE
CRIMINAL DIVISION

93 AUG 27 PM 3:45

FRAN CARLTON
CLERK OF CIRCUIT COURT
ORANGE COUNTY, FL

Defendant _Josephine Bell_  Case Number _C292-11054_  BTS Number _551 7754_

# SENTENCE

### (As to Count One )

The defendant, being personally before this court, accompanied by the defendant's attorney of record, _[signature]_, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

(Check one if applicable.)

___ and the Court having on _____ deferred imposition of sentence until this date.
        (date)

## IT IS THE SENTENCE OF THE COURT THAT:

___ The defendant pay a fine of $ _____ , pursuant to section 775.083, Florida Statutes, plus $ _____ as the 5% surcharge required by section 960.25, Florida Statutes.

✓ the defendant.

___ and the Court having previously entered a judgment in this case on _____ now resentences the defendant.          (date)

✓ and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

___ The defendant is hereby committed to the custody of the Department of Corrections.

___ The defendant is hereby committed to the custody of the Sheriff of ___ **Orange** ___ County, Florida.

___ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

## TO BE IMPRISONED (CHECK ONE; UNMARKED SECTIONS ARE INAPPLICABLE.):

___ For a term of natural life.

✓ For a term of _3 1/2 years_

___ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

However, after serving a period of _____ imprisonment in _____ , the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

**In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.**

**If a "split" sentence, complete the appropriate paragraph.**

**CONSECUTIVE/
CONCURRENT**

It is further ordered that the sentence imposed for this count shall run ___ Consecutive to ___ Concurrent with (check one) the sentence set forth in count ___ above.

FILED IN OPEN COURT
THIS 12 DAY OF _March_, 1924
Fran Carlton, Clerk
BY _[signature]_ D.C.

32-33 (7-92)

Defendant _____    Case Number CR.2-1164C

## SPECIAL PROVISIONS

(As to Count _____)

By appropriate notation, the following provisions apply to the sentence imposed:

### Mandatory/Minimum Provisions:

**Firearm**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Firearm**
**(Police Officer Weapon)**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.0875, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**
___ It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(11), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1., Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender**
___ The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Habitual Violent**
**Felony Offender**
___ The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement**
**Protection Act**
___ It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**
___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle,**
**Shotgun, Machine Gun**
___ It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing**
**Criminal Enterprise**
___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

### Other Provisions:

**Retention of Jurisdiction**
___ The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**
✓ It is further ordered that the defendant shall be allowed a total of 219 days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**
___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

32-30  (7-92)

Defendant _Jodie Bolis_    Case Number _CR 92-1146_

**Other Provisions, continued:**

**Consecutive/Concurrent As To Other Counts**

_____ It is further ordered that the sentence imposed for this count shall run (check one) _____ consecutive to _____ concurrent with the sentence set forth in count _____ of this case.

**Consecutive/Concurrent As To Other Convictions**

___✓__ It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run (check one) _____ consecutive to __✓__ concurrent with the following: (check one)

_____ any active sentence being served.

__✓__ Specific sentences: _CR 92-3990 , CFA 90-1574_

_9 CFA 90-1549_

In imposing the above sentence, the court further recommends _____

The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within 30 days from this date with the Clerk of this court and the defendant's right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

In the event the above sentence is to the Department of Corrections, the Sheriff of **ORANGE** County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

**DONE AND ORDERED** in open court at **ORANGE** County, Florida,

this _17_ day of _March_ , 19_94_.

_signature_
Judge

STATE OF FLORIDA, COUNTY OF ORANGE
I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office
LYDIA GARDNER, Clerk Circuit Court
By: _____ D.C.
Dated 3-20-00

32-40 (7/92)

In the Circuit ( _____ ) ___ 2ND ___ Judicial Circuit,

in and for ___ LEON ___ County, Florida

Division ___ FELONY ___

Case Number ___ 93-1573AF ___

State of Florida

v.

RODERIC L. BOLING

Defendant

___ Probation Violator

___ Community Control Violator

___ Retrial

___ Resentence

## JUDGMENT

The defendant, ___ RODERIC L. BOLING ___ being personally before this court

represented by ___ C. MCLEOD ___ the attorney of record, and the state

represented by ___ P. VILLENEUVE ___ and having

___ been tried and found guilty by jury/by court of the following crime(s)

___ entered a plea of guilty to the following crime(s)

___ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|---|
| 5 | FAILURE TO APPEAR | 843.15(1A) | FEL. 3 | 93-1573AF | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

___ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

___ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch. 794) or lewd and lascivious conduct (ch. 800) the defendant shall be required to submit blood specimens.

___ and good cause being shown, IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

79



State of Florida
v.

Defendant

RODERIC L. BOLING

Case Number _____ 93-1573AF

**FINGERPRINTS OF DEFENDANT**

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: _____

_____ Name

_____ Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, RODERIC L. BOLING and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in LEON County, Florida, this _____ day of March 19__

_____ Judge

A Certified Copy
Attest
**Bob Inzer**
Clerk Circuit Court
Leon County, Florida
By:_____ D.C.

Page 2 of 2

80

Defendant   RODERIC L. BOLING                    Case Number   93-1573AF       OT       Number _____

## SENTENCE

(As to Count __5__)

The defendant, being personally before this court, accompanied by the defendant's attorney of record, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown

(Check one if applicable.)

___   and the Court having on _____ (date) _____ deferred imposition of sentence until this date

___   and the Court having previously entered a judgment in this case on _____ (date) _____ now resentences the defendant

___   and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

## Is The Sentence Of The Court that:

___   The defendant pay a fine of $ _____ pursuant to section 775.083, Florida Statutes, plus $ _____ as the 5% surcharge required by section 960.25, Florida Statutes.

___   The defendant is hereby committed to the custody of the Department of Corrections.

___   The defendant is hereby committed to the custody of the Sheriff of _____ County, Florida.

___   The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

## To Be Imprisoned (Check one; unmarked sections are inapplicable.):

___   For a term of natural life.

___   For a term of _3 years + 238 days_

___   Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

"split" sentence, complete the appropriate paragraph.

___   Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

___   However, after serving a period of _____ imprisonment in _____ the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

Defendant _____ RODERIC L. BOLING _____    Case Number ___93-1___    AF ____

## SPECIAL PROVISIONS

(As to Count ___5___)

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**Firearm** — It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking** — It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance Within 1,000 Feet of School** — It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender** — The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Habitual Violent Felony Offender** — The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement Protection Act** — It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense** — It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun** — It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise** — It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

## Other Provisions:

**Retention of Jurisdiction** — The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit** — ✓ It is further ordered that the defendant shall be allowed a total of ___114___ days as credit for time incarcerated before imposition of this sentence.

**Prison Credit** — It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

Page ___ of ___

82

Defendant _____ RODERIC  L.  BOLING _____    Case Number _____ 93-1 _____ AF _____

**Other Provisions, continued:**

Consecutive/Concurrent            _____ It is further ordered that the sentence imposed for this count shall run
As To Other Counts                (check one) _____ consecutive to _____ concurrent
                                  with the sentence set forth in count _____ of this case.

Consecutive/Concurrent            _____ It is further ordered that the composite term of all sentences imposed for the counts
As To Other Convictions           specified in this order shall run
                                  (check one) __✓__ consecutive to _____ concurrent
                                  with the following:
                                  (check one)

                                  __✓__ any active sentence being served.

                                  _____ specific sentences:

                                  _____

                                  _____

                                  _____

                    In the event the above sentence is to the Department of Corrections, the Sheriff of _____ LEON _____
                    County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility
                    designated by the department together with a copy of this judgment and sentence and any other documents specified by
                    Florida Statute.

                    The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within
                    30 days from this date with the clerk of this court and the defendant's right to the assistance of counsel in taking the appeal
                    at the expense of the State on showing of indigency.

                    In imposing the above sentence, the court further recommends

                    _____

                    _____

DONE AND ORDERED in open court at _____ LEON _____ County, Florida,

This __8__ day of _____ March _____ 19 _95_

_____
Judge

A Certified Copy
Attest:

**Bob Inzer**
Clerk Circuit Court
Leon County, Florida

By _____ D.C.

Page _____ of _____

83