## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Criminal No. 06-00228 (ESH)** |
| | ) | |
| **JEFFREY S. MILLS,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## **ORDER**

Before the Court is a "Joint Defense Motion for Continuance." This motion follows a hearing held on April 10, 2007, at which time the Court permitted Ms. Boling's court-appointed counsel to withdraw based on irreconcilable differences and allowed her newly retained counsel, Leslie McAdoo, to enter her appearance on behalf of Ms. Boling. At the time that Ms. McAdoo appeared at the hearing, she requested a continuance of the April 30, 2007, trial date because of her need to prepare for trial and because of scheduling conflicts. The Court clearly indicated that, given the length of the trial, it could only allow her to appear if she could be prepared for trial on the dates available to the Court. Those dates were either early July or early September, because the Court had a four-month trial starting on November 5, 2007. Due to Ms. McAdoo's wedding plans in September, a July trial date was the only date available to all parties.

Following the April 10 hearing, defense counsel have now for an additional continuance. Counsel for Mr. Boling and Mr. Mills appear to have joined in this motion even though they

never moved to continue the originally scheduled trial date of April 30, 2007, which casts in serious doubt their claim that they cannot be ready for trial in July. All counsel now claim that it would be very difficult, and "likely impossible," for them to be prepared for trial by July. The issue of a continuance and the scheduling of a new trial date in July was thoroughly addressed at the April 10 status conference, and counsel for Ms. Boling, who orally requested a continuance of the April 30 trial date, was fully informed that she would have to be prepared for trial in July, since she was unavailable in September. All counsel agreed to a July 2 trial date, and Ms. McAdoo specifically stated that she could be ready.

This case was indicted in July 2006, it has already been continued once, and counsel now have an additional three months to prepare for trial.[1] As counsel know full well, the Court is not available to try this case in October, a date they now suggest, and a continuance until 2008 would be highly prejudicial to the government and the interests of justice. Three months is more than ample time to prepare and, at the time that Ms. McAdoo entered her appearance in this case, she committed herself to that time frame knowing that the Court's acceptance of her notice of appearance was premised on her being ready for a July trial.

Accordingly, defendants' motion [Dkt. 91] is **DENIED**.

*Ellen S Huvelle*

ELLEN SEGAL HUVELLE
United States District Judge

Date:   April 17, 2007

---

[1]According to Ms. McAdoo's call to chambers, she had been retained by Ms. Boling as early as March 28, 2007.

2