# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**v.**                                   **CASE NO. 06-CR-0228**

**RODERIC L. BOLING**

**Defendant.**

_____

## DEFENDANT'S MOTION TO AMEND PRETRIAL RELEASE CONDITIONS

**COMES NOW** the defendant, **RODERIC L. BOLING,** by and through undersigned counsel, who respectfully moves this Court  amend the defendant's pretrial release conditions to allow him to travel to Nashville, Tennessee and Mississippi for business purposes prior to him coming to Washington, DC to meet with counsel. As grounds, defendant submits the following information:

1. A nine count indictment in this case was returned against the defendants on July 26th, 2006.

2. The defendant was released on personal recognizance with a travel restriction that he not travel outside of Florida unless it was for the sole purpose of attending court or meeting with counsel.

3. Defendant requests permission to fly from Orlando, Florida to Memphis, Tennessee on April 21, 2007. He will be on a business trip in the Memphis/Mississippi area until Tuesday April 24, 2007 and then will proceed to Washington, DC to meet with counsel with an expected return date to Orlando on April 26, 2007.

4. Assistant United States Attorney Jonathan Barr has authorized counsel to represent to the Court that he has no objection to this request provided that Mr. Boling call Pretrial Services daily and inform them of his itinerary. Pretrial Services representative, Ms. Sharon Smith, has authorized counsel to represent to the court that Mr. Boling is in complete compliance with his release conditions and that she has no objection to this request.

**WHEREFORE** the foregoing premises considered, defendant prays that this Honorable Court grant the instant motion of the defendant and allow the defendant to travel as requested.

Respectfully submitted,


_____
Thomas Abbenante, Esq.
Attorney for Roderic L. Boling
1919 Pennsylvania Avenue NW
Suite 200
Washington D.C. 20006
202-223-6539