UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 06-00228 (ESH) |
| JEFFREY S. MILLS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is defendant Roderic Boling's unopposed "Motion to Amend Pretrial Release Conditions" [Dkt. 95]. The motion is hereby **GRANTED**. Mr. Boling may travel to the Memphis, Tennessee/Mississippi area before proceeding to Washington, D.C. to meet with his counsel, provided that he calls Pretrial Services on a daily basis while he is outside of Florida to inform Ms. Smith of his itinerary.

ELLEN SEGAL HUVELLE
United States District Judge

Date: April 20, 2007