UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

v.                             : Crim. No. 06– CR-228(ESH)

RODERIC L. BOLING              :

Defendant                      :

## MOTION TO ADOPT MOTION TO DISMISS FILED BY ANNA BOLING

Comes now defendant, Roderic L. Boling, by and through counsel, who respectfully requests that this Honorable Court allow Mr. Boling to adopt the Motion to Dismiss filed by Anna Boling.

Respectfully submitted,

Thomas Abbenante
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
202-223-6539.