UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | **FILED** |
| JEFFREY S. MILLS, | : | |
| RODERIC L. BOLING, AND | : | MAY 0 2 2007 |
| ANNA BOLING | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendants | : | U.S. DISTRICT COURT |
| | : | |

**O R D E R**

Having considered the Unopposed Motion of the United States to Exclude the Period of

Delay from April 30, 2007, through July 9, 2007, from the Speedy Trial Act Computation of Time

for Commencement of Trial and the representations contained therein, and the entire record of this

matter, including representations made at status hearings, this Court makes the following findings:

1.    Pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii), due to the voluminous

amount of discovery in this case, the anticipated length of trial, and the nature of the

charges and prosecution, this is a complex and unusual case for which it is

unreasonable to expect adequate preparation for trial within the time limits

established by 18 U.S.C. § 3161 by counsel exercising due diligence.

2.    Pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii), and 3161(h)(8)(B)(iv),

because of the complexity of this case and the necessity for providing attorneys for

the defendants the reasonable time necessary for effective preparation of their

defense, the ends of justice will be served by delaying commencement of trial for an

additional 70 days beyond the 70 day Speedy Trial Act time limit for commencement

of trial, and the ends of justice outweigh the defendants' and the public's interests

in a more speedy trial date.

Accordingly, IT IS HEREBY ORDERED THAT the period of delay from April 30, 2007, through July 9, 2007, of 70 days shall be excluded from the computation of time under the Speedy Trial Act within which the trial of the offenses charged in the above captioned matter must commence.

April, 30, 2007,

Honorable Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE

2