**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No. 06-228 (ESH)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **JEFFREY S. MILLS** | **:** | |
| **RODERIC L. BOLING; AND** | **:** | |
| **ANNA BOLING,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**<u>ORDER</u>**

After having considered the Government's Motion in *Limine* to Present Evidence of the

Financial Status of Defendants' Anna and Roderic Boling , any opposition thereto, and the entire

record in this matter, it is hereby ORDERED that the government's motion is GRANTED and

that the government be permitted to introduce evidence of the financial status of Defendants'

Anna and Roderic Boling at trial.


**SO ORDERED** this _____ day of _____, 2007.



_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
    AUSA Tejpal Chawla
    AUSA Jonathan R. Barr
    Thomas Abbenante
    Carlos J. Vanegas
    Leslie McAdoo