# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 06-228 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY S. MILLS** | : | |
| **RODERIC L. BOLING; AND** | : | |
| **ANNA BOLING,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

After having considered defendant Anna Boling's Motion to Dismiss Counts Three Through Nine of the Indictment and to Dismiss in Part Count One of the Indictment, the United States' Memorandum in Opposition, and the entire record in this matter, it is hereby ORDERED that the defendant's Motion to Dismiss Counts Three Through Nine of the Indictment and to Dismiss in Part Count One of the Indictment is DENIED.

**SO ORDERED** this _____ day of _____, 2007.


_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE


cc:
    AUSA Tejpal Chawla
    AUSA Jonathan R. Barr
    Thomas Abbenante
    Robert O. Switzer
    Leslie McAdoo