# United States District Court for the District of Columbia

UNITED STATES OF AMERICA        )
                                )
            vs.                 )        Criminal No.  06-00228 (ESH)
                                )
JEFFREY S. MILLS, et al.        )

## NOTICE OF APPEAL

Name and address of appellant:        Roderic L. Boling

**FILED**

JUN 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant's attorney:        N/A

Offense:    Conspiracy, Wire Fraud and Attempted Wire Fraud, Securities Fraud, Aiding and Abetting and Causing an Act to be Done

Concise statement of judgment or order, giving date, and any sentence:

"ORDER" dated May 22nd, 2007, "Based on the Pretrial Conference conducted May 16th, 2007," The Defendant appeals the Order described only as it relates to the Court's denial of the adopted "[Anna Boling's] Motion to Dismiss [Dkt 97].. "

Name and institution where now confined, if not on bail.   N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

6-6-07
_____        _____ pro se
DATE                       APPELLANT

                           _____
                           ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE
CJA, NO FEE
PAID USDC FEE        ✔
PAID USCA FEE

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | | ✔ |
| Has counsel ordered transcripts? | ✔ | |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ✔ |