UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-228 (ESH) |
| v. | : | |
| JEFFREY S. MILLS | : | |
| RODERIC L. BOLING; AND | : | |
| ANNA BOLING, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION #14

The United States, the Defendants, Mr. Jeffrey S. Mills, Roderic Boling, and Anna Boling, and their counsel, stipulate to the following:

On August 19, 2004, the Securities and Exchange Commission ("SEC") issued a Press Release and Investor Alert to warn the investing public that the SEC had received complaints about a large number of similar "wrong number" voicemails that were distributed around the country touting several thinly-traded stocks. The SEC warned investors not to buy the stocks touted in these voicemails and asked recipients of the voicemail messages to contact the SEC to assist it in its investigation into the origin of these voicemails. The SEC website included a link to an audio file containing a copy of one of the voicemails. That voicemail contained Anna Boling's voice.

On August 19 and 20, 2004, the SEC Investor Alert was reported on national and local television, including CNN, CNNfn, CNBC, and the CBS Evening News, and in a number of newspapers, including USA Today, The Washington Post, The New York Times, The Philadelphia Inquirer, The Houston Chronicle, The Sun Herald (Biloxi, Mississippi), The Connecticut Post, The Sun Sentinel (Fort Lauderdale), Florida Today (Brevard County, FL), The Miami Herald, The Palm Beach Post (Florida), and The Star-Ledger (Newark, NJ).

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Tejpal Chawla/Jonathan R. Barr | Jeffrey S. Mills | Robert O. Switzer, Esq. |
| Assistant U.S. Attorneys | Defendant | Counsel for Mills |

_____  _____
Roderic Boling          Thomas Abbenante, Esq.
Defendant               Counsel for Roderic Boling

_____  _____
Anna Boling             Leslie S. McAdoo, Esq.
Defendant               Counsel for Anna Boling