UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
**UNITED STATES**             )
                              )
    v.                        )    Crim. No.  06-228 (ESH)
                              )
**RODERIC L. BOLING,**        )
                              )
        **Defendant.**        )
_____)

### VERDICT FORM FOR RODERIC L. BOLING

We the Jury have reached a unanimous and true verdict for the following charges for the Defendant Roderic L. Boling and indicate our decision with an [X]:

**COUNT ONE-CONSPIRACY**

    (A)    How do you find the defendant Roderic L. Boling, as to Count One of the Indictment, Conspiracy to Commit Securities Fraud?

              _____        _____
               Not Guilty        Guilty

    (B)    How do you find the defendant Roderic L. Boling, as to Count One of the Indictment, Conspiracy to Commit Wire Fraud?

              _____        _____
               Not Guilty        Guilty

**COUNT TWO-SECURITIES FRAUD**

    (A)    How do you find the defendant Roderic L. Boling, as to Count Two of the Indictment, Securities Fraud?

              _____        _____
               Not Guilty        Guilty

**COUNT THREE-WIRE FRAUD**

 (A) How do you find the defendant Roderic L. Boling, as to Count Three of the Indictment, Wire Fraud?

   _____  _____
   Not Guilty   Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

 (B) How do you find the defendant Roderic L. Boling, as to Count Three of the Indictment on the lessor-included Count of Attempted Wire Fraud?

   _____  _____
   Not Guilty   Guilty

**COUNT FOUR-WIRE FRAUD**

 (A) How do you find the defendant Roderic L. Boling, as to Count Four of the Indictment, Wire Fraud?

   _____  _____
   Not Guilty   Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

 (B) How do you find the defendant Roderic L. Boling, as to Count Four of the Indictment on the lessor-included Count of Attempted Wire Fraud?

   _____  _____
   Not Guilty   Guilty

**COUNT FIVE-WIRE FRAUD**

(A) How do you find the defendant Roderic L. Boling, as to Count Five of the Indictment, Wire Fraud?

_____    _____
Not Guilty      Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud. If your verdict above is Not Guilty, then reach the following verdict:

(B) How do you find the defendant Roderic L. Boling, as to Count Five of the Indictment on the lessor-included Count of Attempted Wire Fraud?

_____    _____
Not Guilty      Guilty

**COUNT SIX-WIRE FRAUD**

(A) How do you find the defendant Roderic L. Boling, as to Count Six of the Indictment, Wire Fraud?

_____    _____
Not Guilty      Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud. If your verdict above is Not Guilty, then reach the following verdict:

(B) How do you find the defendant Roderic L. Boling, as to Count Six of the Indictment on the lessor-included Count of Attempted Wire Fraud?

_____    _____
Not Guilty      Guilty

**COUNT SEVEN-WIRE FRAUD**

(A) How do you find the defendant Roderic L. Boling, as to Count Seven of the Indictment, Wire Fraud?

_____    _____
Not Guilty      Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire

Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Roderic L. Boling, as to Count Seven of the Indictment on the lessor-included Count of Attempted Wire Fraud?

        _____     _____
        Not Guilty        Guilty

## COUNT EIGHT-WIRE FRAUD

    (A)    How do you find the defendant Roderic L. Boling, as to Count Eight of the Indictment, Wire Fraud?

        _____     _____
        Not Guilty        Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Roderic L. Boling, as to Count Eight of the Indictment on the lessor-included Count of Attempted Wire Fraud?

        _____     _____
        Not Guilty        Guilty

**COUNT NINE-WIRE FRAUD**

(A) How do you find the defendant Roderic L. Boling, as to Count Nine of the Indictment, Wire Fraud?

_____   _____
Not Guilty         Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

(B) How do you find the defendant Roderic L. Boling, as to Count Nine of the Indictment on the lessor-included Count of Attempted Wire Fraud?

_____   _____
Not Guilty         Guilty

_____
Foreperson