# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-3067　　　　　　　　　　　　　　　September Term, 2006

06cr00228-02

**FILED SEP 1 1 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On:

United States of America,
　　　　Appellee

v.

Roderic L. Boling,
　　　　Appellant





UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUL 1 7 2007
CLERK

**BEFORE:** Randolph, Rogers, and Tatel, Circuit Judges

## ORDER

Upon consideration of the emergency motion to dismiss the appeal, the opposition thereto (which includes a motion to strike the motion to dismiss the appeal), and the reply; it is

**ORDERED** that the motion to strike be denied. It is

**FURTHER ORDERED** that the motion to dismiss the appeal be granted. The district court's order filed May 22, 2007, denying the motion to dismiss various counts of the indictment, is not reviewable on an interlocutory basis. See Midland Asphalt Corp. v. United States, 489 U.S. 794, 798-801 (1989); Abney v. United States, 431 U.S. 651, 663 (1977).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk