UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY S. MILLS | : | |
| RODERIC L. BOLING; AND | : | |
| ANNA BOLING, | : | |
| | : | |
| Defendants. | : | |

**FILED**
OCT 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

### ORDER

After having considered the Government's Unopposed Motion to Continue Status Date, and the entire record in this matter, it is hereby ORDERED that the government's motion is GRANTED and that the status date set for all defendants should be re-set until on Oct. 18 is cancelled and ^ 2/8 , 2008 at 9:30 am.

SO ORDERED this  10  day of  October , 2007.

_____Ellen S Huvelle_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
  AUSA Tejpal Chawla
  AUSA Jonathan R. Barr
  Thomas Abbenante, Esq.
  Robert O. Swtizer, Esq.
  Leslie McAdoo, Esq.