UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-228 (ESH) |
| v. | : | |
| **JEFFREY S. MILLS** | : | |
| **RODERIC L. BOLING; AND** | : | |
| **ANNA BOLING,** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE AS COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice to the Court that Assistant United States Attorney Glenn S. Leon, a member of the New York Bar, telephone number (202) 305-0174, is entering appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By:    /s /
GLENN S. LEON
New York Bar
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-0174
Glenn.S.Leon@usdoj.gov