UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                    )<br>                                                                               )     Criminal No. 06-228-02 (ESH)<br>                                                                               )<br>RODERIC L. BOLING,                                     )<br>                                                                               )<br>                            Defendant.                       )<br>                                                                               ) | |

**ORDER**

Defendant Roderic L. Boling was sentenced to a 60-month term of probation with the special condition that Boling "shall serve 8 months in a halfway house in Florida." (Judgment and Commitment, Jan. 12, 2017 [ECF No. 257], at 2, 4.) Boling is to report to the halfway house tomorrow, on February 9, 2017. On February 7, 2017, Boling represented that he would move *pro se* for a stay of his sentence pending appeal, and that he would send the motion via overnight mail to the Clerk's Office so that it would arrive today. The motion did not arrive at the Clerk's Office, but Boling sent a courtesy copy of his motion to the Court and to the government via email. The Court has also received a response from the government opposing the motion.

The Court intends to deny Boling's motion. A written opinion will follow as soon as the pleadings are filed on CM/ECF. The Court has notified the probation office, which has notified Boling's supervising officer in Florida.

Therefore, it is hereby

**ORDERED** that Boling is to report to the halfway house in Florida and comply with all other conditions of his probation.

**SO ORDERED**.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: February 8, 2017